**E-FILED**
Wednesday, 23 May, 2007  02:13:51 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| | ) | Case No.: |
| JASON FOLLICK, | ) | |
| | ) | COMPLAINT |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | Civil Action |
| | ) | |
| SEARS, ROEBUCK & CO. | ) | |
| | ) | JURY TRIAL |
| DEFENDANT. | ) | DEMANDED |

### APPEARANCE

**To the Clerk of this Court and all parties of record:**

Please enter my appearance as lead counsel in this case for Plaintiff, Sandra J. Jones.

I certify that I am admitted to practice in this Court.

Dated this 23rd day of May, 2007,

s/ Richard M. Manzella
Richard M. Manzella
Attorney # 6257568

Law Office of Richard M. Manzella
117 North Center Street
Bloomington, Illinois  61701
Phone (309) 829-7424
Fax    (815) 366-4800

COMPLAINT - 1 -