AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central District of Peoria

JASON FOLLICK, PLAINTIFF

V.

SEARS, ROEBUCK & CO., DEFENDANT.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-CV-01133

TO: (Name and address of Defendant)

SEARS HOLDINGS MANAGMENT CORPORATION
Attention: Ms. Jeanne Barlett, Fair Employment Consultant
3333 Beverly Road A3-119B
Hoffman Estates, Illinois 60179

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Law Office of Richard M. Manzella
117 North Center
Bloomington, IL 61701

(309) 829-7424

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ Jmw                                          6/1/07
CLERK                                           DATE

s/ TK
(By) DEPUTY CLERK