E-FILED
Monday, 02 July, 2007  03:20:44 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JASON FOLLICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No.:  1:07-CV-01133-JBM-JAG |
| | ) | |
| SEARS, ROEBUCK & CO., | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE**

COME NOW Charles E. Reis, IV, and Brown & James, P.C. and hereby enter their appearance on behalf of Defendant Sears, Roebuck & Co.

>                     s/ Charles E. Reis, IV
> Charles E. Reis, IV #6186508
> BROWN & JAMES, P.C.
> Attorneys for Defendant
> 1010 Market Street, 20th Floor
> St. Louis, Missouri 63101
> (314) 421-3400
> (314) 421-3128 FAX
> creis@bjpc.com

A copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system on this **2nd day of July, 2007**, upon the following:  Mr. Richard M. Manzella, Attorney for Plaintiff, 117 North Center Street, Bloomington, Illinois 61701.

>                     s/ Charles E. Reis, IV

8125302