IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JASON FOLLICK, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SEARS, ROEBUCK & CO., )<br>)<br>Defendant. ) | Cause No.:   1:07-CV-01133-JBM-JAG |

**CERTIFICATE OF INTEREST**

The undersigned, counsel of record for Sears, Roebuck & Co., Defendant, furnishes the following in compliance with Rule 11.3 of this court.

1. The full name of Defendant:

Sears, Roebuck & Co.

2. a. The parent companies of the corporation:

Sears Holdings Corporation

   b. Any publicly held company that owns ten percent (10%) or more of the corporation:

Sears Holdings Corporation

3. The name of all law firms whose partners or associates appear for the party:

Brown & James, P.C.

                                            s/ Charles E. Reis, IV
                                    Charles E. Reis, IV #6186508
                                    BROWN & JAMES, P.C.
                                    Attorneys for Defendant
                                    1010 Market Street, 20th Floor
                                    St. Louis, Missouri 63101
                                    (314) 421-3400
                                    (314) 421-3128 FAX
                                    creis@bjpc.com

A copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system on this **3rd day of July, 2007**, upon the following: Mr. Richard M. Manzella, Attorney for Plaintiff, 117 North Center Street, Bloomington, Illinois 61701.

                                            s/ Charles E. Reis, IV

8127938