E-FILED
Thursday, 05 July, 2007  12:46:34 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JASON FOLLICK, | ) Case No.: 07-CV-1133 |
| PLAINTIFF, | ) |
| v. | ) Civil Action |
| SEARS, ROEBUCK & CO. | ) <u>JURY TRIAL</u> |
| DEFENDANT. | ) <u>DEMANDED</u> |

CERTIFICATE OF INTEREST

The undersigned counsel of record for JASON FOLLICK, Plaintiff, furnishes the following in compliance with Rule 11.3 of this Court:

1. The full name of every party or amicus the attorney represents in the case;

   **Response:** Jason M. Follick

2. If such party of amicus is a corporation:

   a) its parent corporation, if any; and

   b) a list of all corporate stockholders which are publically held companies owning 10 percent or more of the stock of the party or amicus if it is a publically held company.

   **Response:** N/A.

3. The name of all law firms whose partners or associates appear for a party or are expected to appear for a party in the case.

   **Response:** Law Office of Richard M. Manzella.

Dated this 5th day of July, 2007,

s/ Richard M. Manzella
Richard M. Manzella
Attorney # 6257568

Law Office of Richard M. Manzella
117 North Center Street
Bloomington, Illinois  61701
Phone (309) 829-7424
Fax    (815) 366-4800

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JASON FOLLICK, ) | Case No.: 07-CV-1133 |
| ) | |
| PLAINTIFF, ) | |
| ) | Civil Action |
| v. ) | |
| ) | |
| SEARS, ROEBUCK & CO. ) | <u>JURY TRIAL</u> |
| ) | <u>DEMANDED</u> |
| DEFENDANT. ) | |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON July 5, 2007, that I electronically filed the foregoing Certificate of Interest with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Charles E. Reis, IV
BROWN & JAMES, P.C.
Attorneys for Defendant
1010 Market Street, 20th Floor
St. Louis, MO  63101
creis@bjpc.com

Dated this 5th day of July, 2007,

s/ Richard M. Manzella
Richard M. Manzella
Attorney # 6257568

Law Office of Richard M. Manzella
117 North Center Street
Bloomington, Illinois  61701
Phone (309) 829-7424
Fax    (815) 366-4800