E-FILED
Friday, 03 August, 2007   03:03:53 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JASON FOLLICK, | ) |
| Plaintiff, | ) |
| vs. | ) Cause No.: 1:07-CV-01133-JBM-JAG |
| SEARS, ROEBUCK & CO., | ) |
| Defendant. | ) |

## JOINT PROPOSED SCHEDULING PLAN

COME NOW Plaintiff Jason Follick and Defendant Sears, Roebuck and Co. and for their Joint Proposed Scheduling Plan, state as follows:

A. Joinder of additional parties and any amendment to the pleadings will be accomplished by December 31, 2007, which shall be extended only by leave for good cause and upon motion to the Court.

B. Discovery

1. All discovery will be completed by April 30, 2008.

2. The parties shall make initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure by August 30, 2007.

3. The discovery shall not be conducted in phases nor limited to certain issues.

4. The presumptive limit of ten (10) depositions, excluding records depositions, should not be varied at this time; however, the parties request that they be able to exceed these depositions by stipulation of the parties or application to the court at a later time.

The presumptive limit of twenty-five (25) interrogatories, excluding subparts, as set forth in Rule 33(a) of the Federal Rules of Civil Procedures should not be increased as of this time.

5. Any physical or mental examination of the plaintiff made pursuant to Rule 35 of the Federal Rules of Civil Procedure will be requested by February 15, 2008 and accomplished by March 7, 2008.

6. Plaintiff shall disclose all expert witnesses and provide reports as required by Rule 26(a)(2) of the Federal Rules of Civil Procedure no later than January 4, 2008. Plaintiff shall make all expert witnesses available for deposition no later than February 1, 2008.

7. Defendant shall disclose all expert witnesses and provide reports as required by Rule 26(a)(2) of the Federal Rules of Civil Procedure no later than April 1, 2008. Defendant shall make all expert witnesses available for deposition no later than April 30, 2008.

8. The parties may, by agreement, extend the deadlines herein provided for expert disclosure and deposition.

C. All dispositive motions, including motions to dismiss, motions for summary judgment, or judgment on the pleadings must be filed no later than May 23, 2008.

D. The earliest this case can reasonably be expected for trial is October 6, 2008.

E. The parties estimate that the case will take approximately three (3) to four (4) days to try to verdict.

F. The parties agree to the following guidelines with regard to discovery or disclosure of electronically stored information and any agreement with respect to inadvertently-disclosed work product or privileged information:

1. "Document" as used in any discovery request include without limitation all documents, copies of documents, correspondence, letters, telephone messages, voicemail

messages, electronic mail ("email") messages, facsimiles/faxes, electronic files and documents, including without further limitation spreadsheets, Portable Document Format files, and attachments thereto. A draft or non-identical copy of a document, including an otherwise identical copy but for handwritten matter is a separate document within the meaning of this term.

2. The parties agree that "Documents" shall be produced in hard copy format; however, after receiving a document in hard copy format, the party receiving the document is not prohibited or prejudiced from requesting an electronic version of the document.

3. To the extent any party objects to the production of any document(s) requested in any discovery request on the grounds of attorney client privilege or work product doctrine, the objecting party shall maintain a privilege or withheld document log that describes the general character of the document(s), noting the form and location in which such document(s) currently exist and detailing the type of privilege asserted. The privilege log shall be made available upon request by any party. Any and all such document(s) shall not be destroyed during the litigation unless the party maintaining the privilege notifies the other party and receives written approval for the destruction or the matter has been settled or the Court has entered an Order in any parties' favor and the time to file an appeal has passed by thirty (30) days or more.

4. The parties agree that in the event a party inadvertently produces attorney work product and/or other privileged document(s), the producing party may notify the receiving party and upon such notification the receiving party shall not use the document(s) or disclose the content(s) if the producing party notifies the receiving party in writing of its intent to file a motion with the Court regarding the documents produced and does file said motion within the later of seven (7) days following the date of notification or twenty-one (21) days following the

date the producing party learned of the disclosure. Following a review by the Court (if any), such documents may be used by the receiving party and/or disclosed unless the Court concludes that: (1) the disclosure was inadvertent; (2) the holder of the privilege or work-product protection took reasonable steps to prevent disclosure; and (3) the holder took reasonable and prompt steps to rectify the error, including (if applicable) following Fed. R. Civ. P. 26(b)(5)(B).

WHEREFORE, counsel for Plaintiff and Defendant respectfully asks this Court to approve the Joint Proposed Scheduling Plan.

                                                        s/ Richard M. Manzella by consent
Richard M. Manzella #6257568
LAW OFFICE OF RICHARD M. MANZELLA
Attorney for Plaintiff
117 North Center Street
Bloomington, Illinois 61701
(309) 829-7424
(815) 366-4800 FAX
richard.manzella@jobattorney.com

                                                        s/ Charles E. Reis, IV
Charles E. Reis, IV #6186508
BROWN & JAMES, P.C.
Attorneys for Defendant
1010 Market Street, 20th Floor
St. Louis, Missouri 63101
(314) 421-3400
(314) 421-3128 FAX
creis@bjpc.com

8144459