**E-FILED**
Monday, 29 October, 2007  12:02:28 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JASON FOLLICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No.:     1:07-CV-01133-JBM-JAG |
| | ) | |
| SEARS, ROEBUCK & CO., | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT SEARS, ROEBUCK & CO.'S MOTION TO COMPEL AND MEMORANDUM IN SUPPORT THEREOF

COMES NOW Defendant Sears, Roebuck & Co. ("Sears") and for its Motion to Compel and Memorandum in Support Thereof, pursuant to Federal Rule of Civil Procedure 37(a)(2)(B), states as follows:

1.     Plaintiff Jason Follick alleges that Sears violated the Americans with Disabilities Act with respect to Plaintiff's employment at Sears' Bloomington, Illinois location.   See Complaint, Document 1.

2.     On August 15, 2007, Sears propounded Interrogatories upon Plaintiff, pursuant to Federal Rule of Civil Procedure 33.  (Exhibit A, Interrogatories).

3.     The parties agreed upon mutual extensions for discovery responses, under which Plaintiff had until October 2, 2007 to provide his discovery responses.  (Exhibit B, September 26, 2007 Electronic Mail Correspondence).

4.     Sears has provided its discovery responses.

5.     Plaintiff provided his Responses to Requests for Production, but not his Answers to Interrogatories.

6.      Counsel for Sears has in good faith conferred or attempted to confer with Plaintiff's counsel in an attempt to resolve this dispute without intervention by this Court, but has been unable to do so.  (Exhibit C, Certificate of Attempt to Resolve).

7.      On October 10, 2007, counsel for Sears corresponded with Plaintiff's counsel and requested that Plaintiff provide his Answers to Interrogatories.  (Exhibit D, October 10, 2007 Electronic Mail Correspondence).

8.      On October 16, 2007, counsel for Sears attempted to contact Plaintiff's counsel via telephone to discuss this issue, but was unable to do so because his voice mailbox was full. (Exhibit C, Certificate of Attempt to Resolve).

9.      On October 29, 2007, counsel for Defendant Sears left a message on plaintiff's counsel's voice mailbox asking Plaintiff to provide Plaintiff's Answers to Sears' Interrogatories.

10.     Accordingly, Sears requests that this Court enter an Order directing Plaintiff to answer Sears' Interrogatories.

WHEREFORE, Defendant Sears, Roebuck & Co. respectfully request that this Court enter an Order directing Plaintiff to answer Sears' First Set of Interrogatories and such other relief as this Court deems proper.


_____s/ Charles E. Reis, IV_____
Charles E. Reis, IV #6186508
BROWN & JAMES, P.C.
Attorneys for Defendant
1010 Market Street, 20th Floor
St. Louis, Missouri 63101
(314) 421-3400
(314) 421-3128 FAX
creis@bjpc.com

A copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system on this **29th day of October, 2007**, upon the following:   Mr. Richard M. Manzella, Attorney for Plaintiff, 117 North Center Street, Bloomington, Illinois 61701.

_____ s/ Charles E. Reis, IV _____

8180092

**E-FILED**
Monday, 29 October, 2007  12:04:11 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JASON FOLLICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No.:     1:07-CV-01133-JBM-JAG |
| | ) | |
| SEARS, ROEBUCK & CO., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT SEARS, ROEBUCK & CO.'S INDEX OF EXHIBITS FOR ITS MOTION
TO COMPEL AND MEMORANDUM IN SUPPORT THEREOF**

COMES NOW Defendant Sears, Roebuck & Co. and pursuant to this Court's Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means, § V, states as follows for its Index of Exhibits:

1.    Exhibit A, Defendant Sears, Roebuck & Co.'s First Set of Interrogatories to Plaintiff Jason Follick;

2.    Exhibit B, September 26, 2007 Electronic Mail Correspondence;

3.    Exhibit C, Certificate of Attempt to Resolve; and

4.    Exhibit D, November 10, 2007 Electronic Mail Correspondence.

Charles E. Reis, IV #6186508
BROWN & JAMES, P.C.
Attorneys for Defendant
1010 Market Street, 20th Floor
St. Louis, Missouri 63101
(314) 421-3400
(314) 421-3128 FAX
creis@bjpc.com

A copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system on this ⎯⎯ day of ⎯⎯⎯⎯⎯⎯⎯, 2006, upon the following:  Mr. Richard M. Manzella, Attorney for Plaintiff, 117 North Center Street, Bloomington, Illinois 61701.

8185143

E-FILED
Monday, 29 October, 2007  12:05:11 PM
Clerk, U.S. District Court, ILCD

EXHIBIT

_A_

PENGAD-Bayonne N.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

JASON FOLLICK,                    )
                                  )
        Plaintiff,                )
                                  )
vs.                               )        Cause No.:    1:07-CV-01133-JBM-JAG
                                  )
SEARS, ROEBUCK & CO.,             )
                                  )
        Defendant.                )

## DEFENDANT SEARS, ROEBUCK & CO.'S FIRST SET OF INTERROGATORIES TO PLAINTIFF JASON FOLLICK

COMES NOW Defendant Sears, Roebuck & Co. ("Sears") and pursuant to Rule 33 of the

Federal Rules of Civil Procedure, requests Plaintiff Jason Follick to answer in writing and under

oath the following Interrogatories:

### DEFINITION

1.      "Document" or "Documents" mean copies of the originals (or the originals where

specifically requested) unless otherwise stated and any non-identical copies (whether different from

the originals because of notes made on such copies or otherwise), of writings of every kind and

description whether inscribed by hand, by mechanical means, or by electronic means, microfilm,

microfiche, photographic, electronically scanned or any other means, as well as phonic (such as tape

recordings) or visual reproductions or oral statements, conversations or events, and including, but

not limited to, correspondence, teletype messages, internal memoranda, notes, reports, compilations,

pictures, video cassettes, audio cassettes, facsimile transmissions or receipts, computer stored data,

computer delivered data, computer printouts, magnetic disks, magnetic tapes, compact discs (CD-

Roms), floppy disks, electronically transferred data or material, including e-mail or any other means

of electronic file transfer, electronically stored data or material, data stored on a fixed floppy disk

drive, data stored on a movable floppy disk drive, data stored in digital or analog form, material stored or used on any electronic bulletin board, material stored or used on any intranet, and material stored or used on the Internet or World Wide Web.

## INTERROGATORIES

1.    Please provide your full name, present address and telephone number; the place and date of your birth; any other names you have been known by or used; if you have ever been married, provide the name of each spouse and the date of the marriage; if you have ever been divorced, provide the year, county, and state where such divorce was entered; and state the full name, address and age of each of your children.

**ANSWER:**

2.    Please provide the following information:

a.    Please specifically identify the nature of your alleged disability, including identifying the major life activity which you are substantially limited in the performance of due to the alleged disability.

**ANSWER:**

b.    Please identify the name, address, telephone number, and position of each and every individual who allegedly has knowledge that Plaintiff was, during his employment with Sears, substantially limited in a major life activity because of an alleged disability.

**ANSWER:**

      c.      Please identify the name and address of each and every physician or other health care provider who has treated you for any condition for which you claim you are disabled or substantially limited in the performance of a major life activity; specify such condition for which you were treated; and the dates on which you received treatment.

**ANSWER:**

      d.      Please sign the attached medical and psychiatric releases.

**ANSWER:**

3.      Please provide the following information:

      a.      Please identify the name and address of each and every person at Sears that Plaintiff made aware of any disability, the date Plaintiff made each such person aware, and the nature of the disability Plaintiff made them aware of.

**ANSWER:**

      b.      Please identify the names, addresses, positions, and employers of any witnesses with knowledge that Plaintiff made Sears aware of any alleged disability.

**ANSWER:**

4.     Please provide the following information:

      a.      Please identify specifically any accommodations requested by Plaintiff from Sears for his alleged disability, the person to whom the request was made, the mode of the request (ie. verbal or written), the date of the request, and the nature of the request.

**ANSWER:**

      b.      With respect to any request for accommodations made by Plaintiff (as identified in subpart a of this Interrogatory), please state whether any response was made to each of the requests listed and if so, provide the name, address, and position of the person making the response; the date the response was made; the mode of the response; and the response made.

**ANSWER:**

c.    Please identify the name, address, position, and employer of any person who witnessed Plaintiff make any request for accommodation from Sears or any response by Sears to any request for accommodation.

**ANSWER:**

5.    Please provide the following information:

a.    Please specifically identify the nature of any alleged perceived disability.

**ANSWER:**

b.    Please identify the name, address, telephone number, and position of each and every current or former employee who allegedly perceived Plaintiff as disabled during his employment with Sears.

**ANSWER:**

c.    Please identify the name, address, telephone number, and position of each and every individual who allegedly has knowledge that Plaintiff was perceived as disabled during his employment with Sears.

**ANSWER:**

6.    Please provide the following information:

    a.    Please specifically identify the nature of any disability Plaintiff alleges that he has a history of having.

**ANSWER:**

    b.    Please identify the name, address, telephone number, and position of each and every current or former employee of Sears who allegedly discriminated against Plaintiff because of his alleged history of disability.

**ANSWER:**

    c.    Please identify the name and address of each and every physician or other health care provider who has treated you for any condition for which you claim you have a history of disability.

**ANSWER:**

     d.     Please identify the name, address, telephone number, and position of each and every individual with knowledge that Plaintiff was discriminated against during his employment with Sears because of a history of disability.

**ANSWER:**

     e.     Please sign the attached medical and psychiatric releases.

**ANSWER:**

7.     Please provide the following information:

     a.     Please identify the name, address, position, and telephone number of each and every current and former Sears' employee whom Plaintiff alleges discriminated against him on the basis of his alleged disability.

**ANSWER:**

     b.     Please identify the name, address, position, and employer of any person who allegedly has knowledge that Sears discriminated against Plaintiff on the grounds of his alleged disability.

**ANSWER:**

    c.    Please identify any adverse actions Plaintiff alleges were taken against him because of his alleged disability.

**ANSWER:**

8.    Please provide the following information:

    a.    Please identify the name, address, telephone number, and position of each and every current or former employee of Sears who allegedly retaliated against Plaintiff and identify the date and nature of each such allegedly retaliatory act.

**ANSWER:**

    b.    Please identify the name, address, telephone number, and position of each and every individual who allegedly has knowledge that Plaintiff was retaliated against during his employment with Sears.

**ANSWER:**

9.     If you or anyone on your behalf has obtained a statement or tape recording from any current or former agent, employee or representative of Sears concerning any of the allegations contained in your Complaint, please provide the name and address of the person who obtained the statement; the name and address of the person providing the statement; and if written or recorded in any manner, attach a copy of said statement; if oral, please state as accurately as possible exactly what the speaker said.

**ANSWER:**

10.     If prior to, or subsequent to, the facts alleged in your Complaint, you ever made any claim or instituted a lawsuit for personal injury, discrimination, harassment or constitutional violations, made a claim for worker's compensation, or filed a charge of discrimination with the Equal Employment Opportunity Commission or any similar state agency, please state for each lawsuit, claim or charge of discrimination:  the date on which each lawsuit, claim or charge of discrimination was filed; the court or forum in which the lawsuit, claim or charge of discrimination was filed; the name of the party against whom it was filed; and the nature of the lawsuit, claim or charge of discrimination.

9

**ANSWER:**

11.     If you have ever been convicted of a felony or misdemeanor or pleaded guilty to a crime consisting of a misdemeanor or felony, state the offense for which you were convicted or pleaded guilty, the date of said conviction or plea, and the specific name and address of the court where the conviction or plea was entered.

**ANSWER:**

12.     Please state the name, address, occupation, and place of employment of each expert whom Plaintiff expects to call as an expert witness at trial, along with the qualifications of each such expert to give an opinion (if such information is available on an expert's curriculum vitae, you may attach a copy thereof in lieu of answering this Interrogatory).

**ANSWER:**

a.     Please state all opinions of said expert, as well as the basis for forming those opinions, including, but not limited to, each and every Document reviewed by each expert witness in arriving at any opinion.

**ANSWER:**

13.     Please provide the following information:

a.     Please state the exact calculation for the damages that Plaintiff is seeking from Sears, specify the exact nature of those damages, and provide a calculation on how those damages were determined.

**ANSWER:**

b.     Please state the names and addresses of all persons who have knowledge of each element specified and specify generally what that person had knowledge of.

**ANSWER:**

14.    Please state the name and address for each entity or person by whom you have been employed prior to or during your employment with Sears, including any periods of self-employment, providing the dates during which you were employed, your position and nature of work, your rate of compensation and the total gross income for each employer, your supervisor and your reason for leaving, and execute the attached employment authorization.

**ANSWER:**

15.    If you have sought or applied for any position of employment since April 1, 2006, please state for each prospective employer the nature of the employment sought, any position applied for and the name, and address of the prospective employer, the date of such application and the name of the person who accepted the application and/or interviewed you, whether an offer was received, and if so, the amount of compensation offered, and execute the attached employment application authorization.

**ANSWER:**

16.     If you have been employed or self-employed since April 1, 2006, please state for each employer, the nature of the employment, any position held, the dates of such employment, the salary received, any benefits received, and execute the attached employment records authorization and IRS form.

**ANSWER:**

17.     If you had any illness, injury or condition subsequent to or during your employment with Sears that prevented you from working or interfered with your ability to perform any or all positions of employment, state the nature of the illness, injury, or condition and if such injury, illness, or condition prevented you from working, state the duration thereof and state the name and address of any doctors or health care providers who have treated you for any injury or illness that has prevented you from working subsequent to or while you were employed with Sears and execute the attached medical authorization.

**ANSWER:**

18.    In your Complaint, you allege that you have been subjected to emotional distress and allege that you are disabled.  Please state the names and addresses of all psychiatrists, psychologists, counselors, physicians, hospitals or health care providers from whom you have been examined, received treatment or obtained counseling since January 1995 until the present and whether you have ever received psychiatric treatment or been confined to any psychiatric hospital or been examined for a psychiatric condition and execute the attached authorizations.

**ANSWER:**

19.    Please state if you have sought any counseling, psychiatric, or medical treatment for the emotional distress you allege in your Complaint and indicate whether you take any medication, prescription, or non-prescription, for the emotional distress you allege in your Complaint?  If so, please identify such medication and the date(s) on which it was taken.  Please sign the attached medical and psychiatric authorizations.

**ANSWER:**

14

## **PLAINTIFF'S SWORN STATEMENT**

STATE OF _____ )
                                 ) SS
COUNTY OF _____ )

      I, Jason Follick, being duly sworn upon my oath, state that the above and foregoing Answers to Defendant's Interrogatories are true and correct to the best of my knowledge, information and belief.

 

_____
                            JASON FOLLICK

 

      SUBSCRIBED AND SWORN TO before me this _____ day of _____, 2007.

 

_____
                            NOTARY PUBLIC

My Commission Expires:_____

_____

Charles E. Reis, IV #6186508
BROWN & JAMES, P.C.
Attorneys for Defendant
1010 Market Street, 20th Floor
St. Louis, Missouri 63101
(314) 421-3400
(314) 421-3128 FAX
creis@bjpc.com

A copy of the foregoing was mailed on this 15th day of August, 2007, to the following:   Mr. Richard M. Manzella, Attorney for Plaintiff, 115 North Center Street, Bloomington, Illinois 61701 and the original of said document has been retained in counsel for defendant's file pursuant to local court rule.

_____

8127942

HIPAA Form A
Missouri 22nd Judicial Circuit
Approved

# AUTHORIZATION FOR RELEASE OF INFORMATION
## OR
## INDIVIDUAL ACCESS TO INFORMATION
## PURSUANT TO HIPAA 45 CFR PARTS 160 AND 164
(for matters after suit filed)

_____

_____
Insert Name and Address of Health Care Provider/Physician/Facility Here

Phone: _____

Fax: _____

I hereby authorize/request _____ to
release/or grant me access to medical information of:

(_____)
Patient's Full Name

Former Name(s) (where applicable): _____

Date of Birth: _____        Social Security Number: _____

                                        Medicare/Medicaid No.: _____
                                        (if applicable)

This authorization is being presented pursuant to litigation and/or potential litigation, and so please note that this Authorization includes medical records, reports and other medical documents (including records or information from other health care providers, i.e. secondary release records) in your possession which relate to any prior or subsequent complaints, injuries, illnesses, or other conditions involving the same parts of the body and the same or similar conditions as described below. This Authorization includes, but is not limited to, records of all examinations, treatments and tests, including inpatient, outpatient and emergency room, whether for diagnostic or prognostic purposes, consultation reports, correspondence, x-rays, photographs, videotapes, MRIs and CT scans and post-morten records, if applicable, PROVIDED THAT THE EXAMINATIONS, TREATMENTS AND/OR TESTS INVOLVE OR RELATE TO COMPLAINTS, INJURIES, ILLNESSES OR CONDITIONS PERTAINING TO THE FOLLOWING ALLEGED INJURY:

This authorization does not include an authorization for records or health information concerning alcohol/drug abuse, HIV testing, HIV results and/or AIDS information unless specifically listed above. A separate authorization is required for the release of psychotherapy notes. See 45 C.F.R. § 164.508.

Page 1 of 3

The health care provider is neither required nor prohibited by law from engaging in private conversations regarding the patient's above-referenced care. The decision to enter into any such conversation is that of the health care provider. However, disclosure that exceeds the scope of this authorization may subject the health care provider to civil liability.

This Authorization shall remain in effect from three (3) years from the date signed below. Therefore, you may receive a supplemental request for documents. Provided you have an original or a copy of the authorization allowing you to provide records to the party making the supplemental request, a written request for supplemental documents is sufficient, and no additional authorization is required. A copy of this authorization is valid as long as the authorization has been completed in the presence of a notary.

Mail To: _____

_____
(Individual/Physician/Institution/Agency)

_____
(Street Address)

_____
(City, State and Zip Code)

_____
(Telephone Number)

Mail To: _____

_____
(Individual/Physician/Institution/Agency)

_____
(Street Address)

_____
(City, State and Zip Code)

_____
(Telephone Number)

[The patient further requests that the health care provider supply copies of all documents produced pursuant to this Authorization to the patient's attorneys, _____, at the above address, at their expense. (If desired by Plaintiff s counsel)].

For the purpose of _____
*(For patient request state "self" or state "litigation", "potential litigation", or "other", if other please describe)*

NOTE TO PATIENT OR REPRESENTATIVE: Once this information has been released pursuant to this Authorization, it may no longer be protected by Federal and/or State law/regulations and may no longer be deemed "Confidential". Information used or disclosed pursuant to this Authorization may be subject to re-disclosure by the recipient and no longer protected by HIPAA and its implementing privacy regulations.

I UNDERSTAND that neither _____ nor any of its affiliated health care providers can make me sign this Authorization as a condition to getting treatment, making payments on any bills, or gaining enrollment or eligibility in any health insurance plan, unless the federal Privacy Regulations allow it.

I UNDERSTAND that I may revoke this Authorization at any time except to the extent that prior action has been taken in reliance on this Authorization. This Authorization will expire three (3) years from the date signed if I do not cancel it in writing before that expiration time. I understand that if I want to cancel/revoke this Authorization, I must mail, fax or bring a letter in

person stating that I want to cancel this Authorization. I understand that I need to mail, fax or bring the letter to the address or fax number noted at the top of this Authorization.

I UNDERSTAND that I may inspect or copy the information to be used or disclosed, as provided in C.F.R. 164.524. 1 understand that I have a right to a signed copy of this Authorization upon request.

I _____ hereby state that I have read all pages of this release in its entirety
     (Print Name)
and understand it and agree to it.

_____    _____
Signature of Patient/Legal Guardian/Personal Representative/Other    Date

I am signing this Authorization on behalf of_____
           (Self/Personal Representative/Legal Guardian/Other)

If you are signing on behalf of a patient for whom you are the personal representative, you must attach a copy of the appointment order as personal representative. If you are signing as representative of the patient other than as personal representative, state the basis of your authority to request the records of the patient.

_____

STATE OF MISSOURI        )
                    )SS
_____ OF _____  )

    Subscribed and sworn to before me this ____ day of _____,200___.

                        _____
                        Notary Public

My Commission Expires:

_____

        * * * * * * * * * * * * * * * *  *

*Facility Use Only:*    *Date Access/Request Granted* _____
                 *Other Disposition (Date/Action):*_____

Page 3 of 3

HIPAA Form A
Missouri 22nd Judicial Circuit
Approved

## AUTHORIZATION FOR RELEASE OF INFORMATION
## OR
## INDIVIDUAL ACCESS TO INFORMATION
## PURSUANT TO HIPAA 45 CFR PARTS 160 AND 164
(for matters after suit filed)

_____

_____

Insert Name and Address of Health Care Provider/Physician/Facility Here

Phone: _____

Fax:   _____

I hereby authorize/request _____ to
release/or grant me access to medical information of:

(_____)

Patient's Full Name

Former Name(s) (where applicable): _____

Date of Birth: _____        Social Security Number: _____

                                      Medicare/Medicaid No.: _____
                                      (if applicable)

This authorization is being presented pursuant to litigation and/or potential litigation, and so please note that this Authorization includes medical records, reports and other medical documents (including records or information from other health care providers, i.e. secondary release records) in your possession which relate to any prior or subsequent complaints, injuries, illnesses, or other conditions involving the same parts of the body and the same or similar conditions as described below. This Authorization includes, but is not limited to, records of all examinations, treatments and tests, including inpatient, outpatient and emergency room, whether for diagnostic or prognostic purposes, consultation reports, correspondence, x-rays, photographs, videotapes, MRIs and CT scans and post-morten records, if applicable, PROVIDED THAT THE EXAMINATIONS, TREATMENTS AND/OR TESTS INVOLVE OR RELATE TO COMPLAINTS, INJURIES, ILLNESSES OR CONDITIONS PERTAINING TO THE FOLLOWING ALLEGED INJURY:

This authorization does not include an authorization for records or health information concerning alcohol/drug abuse, HIV testing, HIV results and/or AIDS information unless specifically listed above. A separate authorization is required for the release of psychotherapy notes. See 45 C.F.R. § 164.508.

Page 1 of 3

E-FILED
Monday, 29 October, 2007  12:06:04 PM
Clerk, U.S. District Court, ILCD

The health care provider is neither required nor prohibited by law from engaging in private conversations regarding the patient's above-referenced care. The decision to enter into any such conversation is that of the health care provider. However, disclosure that exceeds the scope of this authorization may subject the health care provider to civil liability.

This Authorization shall remain in effect from three (3) years from the date signed below. Therefore, you may receive a supplemental request for documents. Provided you have an original or a copy of the authorization allowing you to provide records to the party making the supplemental request, a written request for supplemental documents is sufficient, and no additional authorization is required. A copy of this authorization is valid as long as the authorization has been completed in the presence of a notary.

Mail To:                                           Mail To:

_____           _____
(Individual/Physician/Institution/Agency)          (Individual/Physician/Institution/Agency)

_____           _____
(Street Address)                                   (Street Address)

_____           _____
(City, State and Zip Code)                         (City, State and Zip Code)

_____           _____
(Telephone Number)                                 (Telephone Number)

[The patient further requests that the health care provider supply copies of all documents produced pursuant to this Authorization to the patient's attorneys, _____, at the above address, at their expense. (If desired by Plaintiff s counsel)].

For the purpose of _____
*(For patient request state "self" or state "litigation"; "potential litigation ", or "other", if other please describe)*

NOTE TO PATIENT OR REPRESENTATIVE: Once this information has been released pursuant to this Authorization, it may no longer be protected by Federal and/or State law/regulations and may no longer be deemed "Confidential". Information used or disclosed pursuant to this Authorization may be subject to re-disclosure by the recipient and no longer protected by HIPAA and its implementing privacy regulations.

I UNDERSTAND that neither _____ nor any of its affiliated health care providers can make me sign this Authorization as a condition to getting treatment, making payments on any bills, or gaining enrollment or eligibility in any health insurance plan, unless the federal Privacy Regulations allow it.

I UNDERSTAND that I may revoke this Authorization at any time except to the extent that prior action has been taken in reliance on this Authorization. This Authorization will expire three (3) years from the date signed if I do not cancel it in writing before that expiration time. I understand that if I want to cancel/revoke this Authorization, I must mail, fax or bring a letter in

person stating that I want to cancel this Authorization. I understand that I need to mail, fax or bring the letter to the address or fax number noted at the top of this Authorization.

I UNDERSTAND that I may inspect or copy the information to be used or disclosed, as provided in C.F.R. 164.524. 1 understand that I have a right to a signed copy of this Authorization upon request.

I _____ hereby state that I have read all pages of this release in its entirety
    (Print Name)
and understand it and agree to it.

_____     _____
Signature of Patient/Legal Guardian/Personal Representative/Other               Date

I am signing this Authorization on behalf of_____
                              (Self/Personal Representative/Legal Guardian/Other)

If you are signing on behalf of a patient for whom you are the personal representative, you must attach a copy of the appointment order as personal representative. If you are signing as representative of the patient other than as personal representative, state the basis of your authority to request the records of the patient.

_____

STATE OF MISSOURI          )
                              )SS
_____ OF _____  )

         Subscribed and sworn to before me this ____ day of _____,200___·

                          _____
                             Notary Public

My Commission Expires:

_____

          * * * * * * * * * * * * * * *  *

*Facility Use Only:*    *Date Access/Request Granted* _____
                    *Other Disposition (Date/Action):*_____

HIPAA Form A
Missouri 22nd Judicial Circuit
Approved

# AUTHORIZATION FOR RELEASE OF INFORMATION
## OR
## INDIVIDUAL ACCESS TO INFORMATION
## PURSUANT TO HIPAA 45 CFR PARTS 160 AND 164
### (for matters after suit filed)

_____

_____

Insert Name and Address of Health Care Provider/Physician/Facility Here

Phone: _____

Fax: _____

I hereby authorize/request _____ to release/or grant me access to medical information of:

( _____ )

Patient's Full Name

Former Name(s) (where applicable): _____

Date of Birth: _____    Social Security Number: _____

Medicare/Medicaid No.: _____
(if applicable)

This authorization is being presented pursuant to litigation and/or potential litigation, and so please note that this Authorization includes medical records, reports and other medical documents (including records or information from other health care providers, i.e. secondary release records) in your possession which relate to any prior or subsequent complaints, injuries, illnesses, or other conditions involving the same parts of the body and the same or similar conditions as described below. This Authorization includes, but is not limited to, records of all examinations, treatments and tests, including inpatient, outpatient and emergency room, whether for diagnostic or prognostic purposes, consultation reports, correspondence, x-rays, photographs, videotapes, MRIs and CT scans and post-morten records, if applicable, PROVIDED THAT THE EXAMINATIONS, TREATMENTS AND/OR TESTS INVOLVE OR RELATE TO COMPLAINTS, INJURIES, ILLNESSES OR CONDITIONS PERTAINING TO THE FOLLOWING ALLEGED INJURY:

This authorization does not include an authorization for records or health information concerning alcohol/drug abuse, HIV testing, HIV results and/or AIDS information unless specifically listed above. A separate authorization is required for the release of psychotherapy notes. See 45 C.F.R. § 164.508.

The health care provider is neither required nor prohibited by law from engaging in private conversations regarding the patient's above-referenced care. The decision to enter into any such conversation is that of the health care provider. However, disclosure that exceeds the scope of this authorization may subject the health care provider to civil liability.

This Authorization shall remain in effect from three (3) years from the date signed below. Therefore, you may receive a supplemental request for documents. Provided you have an original or a copy of the authorization allowing you to provide records to the party making the supplemental request, a written request for supplemental documents is sufficient, and no additional authorization is required. A copy of this authorization is valid as long as the authorization has been completed in the presence of a notary.

Mail To:                                                Mail To:

_____        _____
(Individual/Physician/Institution/Agency)        (Individual/Physician/Institution/Agency)


_____        _____
(Street Address)                                        (Street Address)


_____        _____
(City, State and Zip Code)                          (City, State and Zip Code)


_____        _____
(Telephone Number)                                  (Telephone Number)


[The patient further requests that the health care provider supply copies of all documents produced pursuant to this Authorization to the patient's attorneys, _____, at the above address, at their expense. (If desired by Plaintiff's counsel)].

For the purpose of _____
*(For patient request state "self" or state "litigation", "potential litigation", or "other", if other please describe)*

NOTE TO PATIENT OR REPRESENTATIVE: Once this information has been released pursuant to this Authorization, it may no longer be protected by Federal and/or State law/regulations and may no longer be deemed "Confidential". Information used or disclosed pursuant to this Authorization may be subject to re-disclosure by the recipient and no longer protected by HIPAA and its implementing privacy regulations.

I UNDERSTAND that neither _____ nor any of its affiliated health care providers can make me sign this Authorization as a condition to getting treatment, making payments on any bills, or gaining enrollment or eligibility in any health insurance plan, unless the federal Privacy Regulations allow it.

I UNDERSTAND that I may revoke this Authorization at any time except to the extent that prior action has been taken in reliance on this Authorization. This Authorization will expire three (3) years from the date signed if I do not cancel it in writing before that expiration time. I understand that if I want to cancel/revoke this Authorization, I must mail, fax or bring a letter in

person stating that I want to cancel this Authorization. I understand that I need to mail, fax or bring the letter to the address or fax number noted at the top of this Authorization.

I UNDERSTAND that I may inspect or copy the information to be used or disclosed, as provided in C.F.R. 164.524. 1 understand that I have a right to a signed copy of this Authorization upon request.

I _____ hereby state that I have read all pages of this release in its entirety
     (Print Name)
and understand it and agree to it.

_____    _____
Signature of Patient/Legal Guardian/Personal Representative/Other    Date

I am signing this Authorization on behalf of_____
     (Self/Personal Representative/Legal Guardian/Other)

If you are signing on behalf of a patient for whom you are the personal representative, you must attach a copy of the appointment order as personal representative. If you are signing as representative of the patient other than as personal representative, state the basis of your authority to request the records of the patient.

STATE OF MISSOURI     )
                   )SS
_____ OF _____  )

Subscribed and sworn to before me this \_\_\_ day of _____,200\_\_.

_____
Notary Public

My Commission Expires:

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

*Facility Use Only:*    *Date Access/Request Granted* _____
                     *Other Disposition (Date/Action):*_____

HIPAA Form A
Missouri 22nd Judicial Circuit
Approved

## AUTHORIZATION FOR RELEASE OF INFORMATION
### OR
### INDIVIDUAL ACCESS TO INFORMATION
### PURSUANT TO HIPAA 45 CFR PARTS 160 AND 164
(for matters after suit filed)

_____

_____

Insert Name and Address of Health Care Provider/Physician/Facility Here

Phone: _____
Fax:    _____

I hereby authorize/request _____ to
release/or grant me access to medical information of:

(_____)
Patient's Full Name

Former Name(s) (where applicable): _____

Date of Birth: _____    Social Security Number: _____

Medicare/Medicaid No.: _____
(if applicable)

This authorization is being presented pursuant to litigation and/or potential litigation, and so please note that this Authorization includes medical records, reports and other medical documents (including records or information from other health care providers, i.e. secondary release records) in your possession which relate to any prior or subsequent complaints, injuries, illnesses, or other conditions involving the same parts of the body and the same or similar conditions as described below. This Authorization includes, but is not limited to, records of all examinations, treatments and tests, including inpatient, outpatient and emergency room, whether for diagnostic or prognostic purposes, consultation reports, correspondence, x-rays, photographs, videotapes, MRIs and CT scans and post-morten records, if applicable, PROVIDED THAT THE EXAMINATIONS, TREATMENTS AND/OR TESTS INVOLVE OR RELATE TO COMPLAINTS, INJURIES, ILLNESSES OR CONDITIONS PERTAINING TO THE FOLLOWING ALLEGED INJURY:

This authorization does not include an authorization for records or health information concerning alcohol/drug abuse, HIV testing, HIV results and/or AIDS information unless specifically listed above. A separate authorization is required for the release of psychotherapy notes. See 45 C.F.R. § 164.508.

Page 1 of 3

The health care provider is neither required nor prohibited by law from engaging in private conversations regarding the patient's above-referenced care. The decision to enter into any such conversation is that of the health care provider. However, disclosure that exceeds the scope of this authorization may subject the health care provider to civil liability.

This Authorization shall remain in effect from three (3) years from the date signed below. Therefore, you may receive a supplemental request for documents. Provided you have an original or a copy of the authorization allowing you to provide records to the party making the supplemental request, a written request for supplemental documents is sufficient, and no additional authorization is required. A copy of this authorization is valid as long as the authorization has been completed in the presence of a notary.

Mail To: _____                    Mail To: _____

_____              _____
(Individual/Physician/Institution/Agency)       (Individual/Physician/Institution/Agency)

_____              _____
(Street Address)                                (Street Address)

_____              _____
(City, State and Zip Code)                      (City, State and Zip Code)

_____              _____
(Telephone Number)                              (Telephone Number)

[The patient further requests that the health care provider supply copies of all documents produced pursuant to this Authorization to the patient's attorneys, _____, at the above address, at their expense. (If desired by Plaintiff's counsel)].

For the purpose of _____
*(For patient request state "self" or state "litigation", "potential litigation", or "other", if other please describe)*

NOTE TO PATIENT OR REPRESENTATIVE: Once this information has been released pursuant to this Authorization, it may no longer be protected by Federal and/or State law/regulations and may no longer be deemed "Confidential". Information used or disclosed pursuant to this Authorization may be subject to re-disclosure by the recipient and no longer protected by HIPAA and its implementing privacy regulations.

I UNDERSTAND that neither _____ nor any of its affiliated health care providers can make me sign this Authorization as a condition to getting treatment, making payments on any bills, or gaining enrollment or eligibility in any health insurance plan, unless the federal Privacy Regulations allow it.

I UNDERSTAND that I may revoke this Authorization at any time except to the extent that prior action has been taken in reliance on this Authorization. This Authorization will expire three (3) years from the date signed if I do not cancel it in writing before that expiration time. I understand that if I want to cancel/revoke this Authorization, I must mail, fax or bring a letter in

person stating that I want to cancel this Authorization. I understand that I need to mail, fax or bring the letter to the address or fax number noted at the top of this Authorization.

I UNDERSTAND that I may inspect or copy the information to be used or disclosed, as provided in C.F.R. 164.524. 1 understand that I have a right to a signed copy of this Authorization upon request.

I _____ hereby state that I have read all pages of this release in its entirety
    (Print Name)
and understand it and agree to it.


_____    _____
Signature of Patient/Legal Guardian/Personal Representative/Other            Date

I am signing this Authorization on behalf of_____
    (Self/Personal Representative/Legal Guardian/Other)

If you are signing on behalf of a patient for whom you are the personal representative, you must attach a copy of the appointment order as personal representative. If you are signing as representative of the patient other than as personal representative, state the basis of your authority to request the records of the patient.

_____


STATE OF MISSOURI      )
                  )SS
_____ OF _____  )


    Subscribed and sworn to before me this ___ day of _____,200___·


                         _____
                         Notary Public

My Commission Expires:

_____

        * * * * * * * * * * * * * * * *

*Facility Use Only:*    *Date Access/Request Granted* _____
                     *Other Disposition (Date/Action):*_____

HIPAA Form A
Missouri 22nd Judicial Circuit
Approved

## AUTHORIZATION FOR RELEASE OF INFORMATION
## OR
## INDIVIDUAL ACCESS TO INFORMATION
## PURSUANT TO HIPAA 45 CFR PARTS 160 AND 164
(for matters after suit filed)

_____

_____

Insert Name and Address of Health Care Provider/Physician/Facility Here

Phone: _____

Fax: _____

I hereby authorize/request _____ to
release/or grant me access to medical information of:

(_____)

Patient's Full Name

Former Name(s) (where applicable): _____

Date of Birth: _____     Social Security Number: _____

Medicare/Medicaid No.: _____
(if applicable)

This authorization is being presented pursuant to litigation and/or potential litigation, and so please note that this Authorization includes medical records, reports and other medical documents (including records or information from other health care providers, i.e. secondary release records) in your possession which relate to any prior or subsequent complaints, injuries, illnesses, or other conditions involving the same parts of the body and the same or similar conditions as described below. This Authorization includes, but is not limited to, records of all examinations, treatments and tests, including inpatient, outpatient and emergency room, whether for diagnostic or prognostic purposes, consultation reports, correspondence, x-rays, photographs, videotapes, MRIs and CT scans and post-morten records, if applicable, PROVIDED THAT THE EXAMINATIONS, TREATMENTS AND/OR TESTS INVOLVE OR RELATE TO COMPLAINTS, INJURIES, ILLNESSES OR CONDITIONS PERTAINING TO THE FOLLOWING ALLEGED INJURY:

This authorization does not include an authorization for records or health information concerning alcohol/drug abuse, HIV testing, HIV results and/or AIDS information unless specifically listed above. A separate authorization is required for the release of psychotherapy notes. See 45 C.F.R. § 164.508.

Page 1 of 3

The health care provider is neither required nor prohibited by law from engaging in private conversations regarding the patient's above-referenced care. The decision to enter into any such conversation is that of the health care provider. However, disclosure that exceeds the scope of this authorization may subject the health care provider to civil liability.

This Authorization shall remain in effect from three (3) years from the date signed below. Therefore, you may receive a supplemental request for documents. Provided you have an original or a copy of the authorization allowing you to provide records to the party making the supplemental request, a written request for supplemental documents is sufficient, and no additional authorization is required. A copy of this authorization is valid as long as the authorization has been completed in the presence of a notary.

Mail To:                                           Mail To:

_____           _____
(Individual/Physician/Institution/Agency)          (Individual/Physician/Institution/Agency)

_____           _____
(Street Address)                                   (Street Address)

_____           _____
(City, State and Zip Code)                         (City, State and Zip Code)

_____           _____
(Telephone Number)                                 (Telephone Number)

[The patient further requests that the health care provider supply copies of all documents produced pursuant to this Authorization to the patient's attorneys, _____, at the above address, at their expense. (If desired by Plaintiff s counsel)].

For the purpose of _____
(For patient request state "self" or state "litigation", "potential litigation ", or "other", if other please describe)

NOTE TO PATIENT OR REPRESENTATIVE: Once this information has been released pursuant to this Authorization, it may no longer be protected by Federal and/or State law/regulations and may no longer be deemed "Confidential". Information used or disclosed pursuant to this Authorization may be subject to re-disclosure by the recipient and no longer protected by HIPAA and its implementing privacy regulations.

I UNDERSTAND that neither _____ nor any of its affiliated health care providers can make me sign this Authorization as a condition to getting treatment, making payments on any bills, or gaining enrollment or eligibility in any health insurance plan, unless the federal Privacy Regulations allow it.

I UNDERSTAND that I may revoke this Authorization at any time except to the extent that prior action has been taken in reliance on this Authorization. This Authorization will expire three (3) years from the date signed if I do not cancel it in writing before that expiration time. I understand that if I want to cancel/revoke this Authorization, I must mail, fax or bring a letter in

person stating that I want to cancel this Authorization. I understand that I need to mail, fax or bring the letter to the address or fax number noted at the top of this Authorization.

I UNDERSTAND that I may inspect or copy the information to be used or disclosed, as provided in C.F.R. 164.524. 1 understand that I have a right to a signed copy of this Authorization upon request.

I _____ hereby state that I have read all pages of this release in its entirety
      (Print Name)
and understand it and agree to it.

_____     _____
Signature of Patient/Legal Guardian/Personal Representative/Other          Date

I am signing this Authorization on behalf of_____
      (Self/Personal Representative/Legal Guardian/Other)

If you are signing on behalf of a patient for whom you are the personal representative, you must attach a copy of the appointment order as personal representative. If you are signing as representative of the patient other than as personal representative, state the basis of your authority to request the records of the patient.

STATE OF MISSOURI      )
      )SS
_____ OF _____  )

Subscribed and sworn to before me this ____ day of _____,200__·

_____
Notary Public

My Commission Expires:

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

*Facility Use Only:*    *Date Access/Request Granted* _____
                      *Other Disposition (Date/Action):*_____

HIPAA Form B
Missouri 22nd Judicial Circuit
Approved 11/24/03

## AUTHORIZATION FOR RELEASE OF PSYCHOTHERAPY NOTES
## PURSUANT TO HIPAA 45 CFR PARTS 160 AND 164

Name: _____

_____
(Insert Name and Address of Health Care Provider/Physician/Facility Here)

Phone: _____
Fax: _____

I hereby authorize/request the above to release/or grant me access to medical information of:

(_____)
Patient's Full Name

Former Name(s) (where applicable): _____

Date of Birth: _____

Social Security Number: _____

Medicare/Medicaid No.: _____
(if applicable)

This Authorization includes medical records, reports and other medical documents (including records or information from other health care providers) in your possession which relate to psychiatric and psychotherapy treatment.

The health care provider is neither required nor prohibited by law from engaging in private conversations regarding the patient's above-referenced care. The decision to enter into any such conversation is that of the health care provider. However, disclosure that exceeds the scope of this authorization may subject the health care provider to civil liability.

This Authorization shall remain in effect from three (3) years from the date signed below. Therefore, you may receive a supplemental request for documents. Provided you have an original or a copy of the authorization allowing you to provide records to the party making the supplemental request, a written request for supplemental documents is sufficient, and no additional authorization is required. A copy of this authorization is valid as long as the authorization has been completed in the presence of a notary.

Mail To:                                          Mail To:

_____                   _____
(Individual/Physician/Institution/Agency)          (Individual/Physician/Institution/Agency)


_____                   _____
(Street Address)                                   (Street Address)


_____                   _____
(City, State and Zip Code)                         (City, State and Zip Code)


_____                   _____
(Telephone Number)                                 (Telephone Number)

[The patient further requests that the health care provider supply copies of all documents
produced pursuant to this authorization to the patient's attorneys, _____,
at the above address, at their expense. (If desired by Plaintiff s counsel)].

For the purpose of _____
*(For patient request state "self" or state "litigation ", "potential litigation ", or "other ", if other please describe)*

NOTE TO PATIENT OR REPRESENTATIVE: Once this information has been released
pursuant to this Authorization, it may no longer be protected by Federal and/or State
law/regulations and may no longer be deemed "Confidential". Information used or disclosed
pursuant to this Authorization may be subject to re-disclosure by the recipient and no longer
protected by HIPAA and its implementation privacy regulations.

I UNDERSTAND that neither _____ nor any of its affiliated health
care providers can make me sign this Authorization as a condition to getting treatment, making
payments on any bills, or gaining enrollment or eligibility in any health insurance plan, unless
the federal Privacy Regulations allow it.

I UNDERSTAND that I may revoke this Authorization at any time except to the extent that prior
action has been taken in reliance on this Authorization. This Authorization will expire three (3)
years from the date signed if I do not cancel it in writing before that expiration time. I
understand that if I want to cancel/revoke this Authorization, I must mail, fax or bring a letter in
person stating that I want to cancel this Authorization. I understand that I need to mail, fax or
bring the letter to the address or fax number noted at the top of this Authorization.

I UNDERSTAND that I may inspect or copy the information to be used or disclosed, as provided
in C.F.R. 164.524.

I UNDERSTAND that I have a right to a signed copy of this Authorization upon request.

I _____ hereby state that I have read all pages of
     (Print Name)
this release in its entirety and understand it and agree to it.


_____

Signature of Patient/Legal Guardian/Personal Representative/Other

I am signing this Authorization on behalf of

_____

(Self/Personal Representative/Legal Guardian/Other)

If you are signing on behalf of a patient whom you are the personal representative, you must
attach a copy of the appointment order as personal representative. If you are signing as
representative of the patient other than as personal representative, state the basis of your
authority to request the records of the patient.


Date: _____

STATE OF MISSOURI       )
                      )SS
_____ OF _____ )

      Subscribed and sworn to before me this ___ day of _____ , 200__ .


_____

       Notary Public

My Commission Expires:


_____

*Facility Use Only:*

*Date Access/Request Granted* _____

*Other Disposition (Date/Action):* _____


Page 3 of 3

HIPAA Form B
Missouri 22nd Judicial Circuit
Approved 11/24/03

## AUTHORIZATION FOR RELEASE OF PSYCHOTHERAPY NOTES
## PURSUANT TO HIPAA 45 CFR PARTS 160 AND 164

Name: _____

_____

(Insert Name and Address of Health Care Provider/Physician/Facility Here)

Phone: _____

Fax: _____

I hereby authorize/request the above to release/or grant me access to medical information of:

(_____)

Patient's Full Name

Former Name(s) (where applicable): _____

Date of Birth: _____

Social Security Number: _____

Medicare/Medicaid No.: _____

(if applicable)

This Authorization includes medical records, reports and other medical documents (including records or information from other health care providers) in your possession which relate to psychiatric and psychotherapy treatment.

The health care provider is neither required nor prohibited by law from engaging in private conversations regarding the patient's above-referenced care. The decision to enter into any such conversation is that of the health care provider. However, disclosure that exceeds the scope of this authorization may subject the health care provider to civil liability.

This Authorization shall remain in effect from three (3) years from the date signed below. Therefore, you may receive a supplemental request for documents. Provided you have an original or a copy of the authorization allowing you to provide records to the party making the supplemental request, a written request for supplemental documents is sufficient, and no additional authorization is required. A copy of this authorization is valid as long as the authorization has been completed in the presence of a notary.

Mail To:                                          Mail To:

_____                         _____
(Individual/Physician/Institution/Agency)         (Individual/Physician/Institution/Agency)

_____                         _____
(Street Address)                                  (Street Address)

_____                         _____
(City, State and Zip Code)                        (City, State and Zip Code)

_____                         _____
(Telephone Number)                                (Telephone Number)

[The patient further requests that the health care provider supply copies of all documents
produced pursuant to this authorization to the patient's attorneys, _____,
at the above address, at their expense. (If desired by Plaintiff s counsel)].

For the purpose of _____
*(For patient request state "self" or state "litigation ", "potential litigation ", or "other ", if other please describe)*

NOTE TO PATIENT OR REPRESENTATIVE: Once this information has been released
pursuant to this Authorization, it may no longer be protected by Federal and/or State
law/regulations and may no longer be deemed "Confidential". Information used or disclosed
pursuant to this Authorization may be subject to re-disclosure by the recipient and no longer
protected by HIPAA and its implementation privacy regulations.

I UNDERSTAND that neither _____ nor any of its affiliated health
care providers can make me sign this Authorization as a condition to getting treatment, making
payments on any bills, or gaining enrollment or eligibility in any health insurance plan, unless
the federal Privacy Regulations allow it.

I UNDERSTAND that I may revoke this Authorization at any time except to the extent that prior
action has been taken in reliance on this Authorization. This Authorization will expire three (3)
years from the date signed if I do not cancel it in writing before that expiration time. I
understand that if I want to cancel/revoke this Authorization, I must mail, fax or bring a letter in
person stating that I want to cancel this Authorization. I understand that I need to mail, fax or
bring the letter to the address or fax number noted at the top of this Authorization.

I UNDERSTAND that I may inspect or copy the information to be used or disclosed, as provided
in C.F.R. 164.524.

I UNDERSTAND that I have a right to a signed copy of this Authorization upon request.

I _____ hereby state that I have read all pages of

      (Print Name)

this release in its entirety and understand it and agree to it.


_____

Signature of Patient/Legal Guardian/Personal Representative/Other

I am signing this Authorization on behalf of

_____

(Self/Personal Representative/Legal Guardian/Other)

If you are signing on behalf of a patient whom you are the personal representative, you must
attach a copy of the appointment order as personal representative. If you are signing as
representative of the patient other than as personal representative, state the basis of your
authority to request the records of the patient.
_____


Date: _____

STATE OF MISSOURI      )
                    )SS
_____ OF _____  )

      Subscribed and sworn to before me this ___ day of _____ , 200___ .


                 _____

                 Notary Public

My Commission Expires:


_____

*Facility Use Only:*

*Date Access/Request Granted* _____

*Other Disposition (Date/Action):* _____


Page 3 of 3

HIPAA Form B
Missouri 22nd Judicial Circuit
Approved 11/24/03

## AUTHORIZATION FOR RELEASE OF PSYCHOTHERAPY NOTES
## PURSUANT TO HIPAA 45 CFR PARTS 160 AND 164

Name: _____

_____
(Insert Name and Address of Health Care Provider/Physician/Facility Here)

Phone: _____
Fax: _____

I hereby authorize/request the above to release/or grant me access to medical information of:

(_____)
Patient's Full Name

Former Name(s) (where applicable): _____

Date of Birth: _____

Social Security Number: _____

Medicare/Medicaid No.: _____
(if applicable)

This Authorization includes medical records, reports and other medical documents (including records or information from other health care providers) in your possession which relate to psychiatric and psychotherapy treatment.

The health care provider is neither required nor prohibited by law from engaging in private conversations regarding the patient's above-referenced care. The decision to enter into any such conversation is that of the health care provider. However, disclosure that exceeds the scope of this authorization may subject the health care provider to civil liability.

This Authorization shall remain in effect from three (3) years from the date signed below. Therefore, you may receive a supplemental request for documents. Provided you have an original or a copy of the authorization allowing you to provide records to the party making the supplemental request, a written request for supplemental documents is sufficient, and no additional authorization is required. A copy of this authorization is valid as long as the authorization has been completed in the presence of a notary.

Mail To:　　　　　　　　　　　　　　　　　　Mail To:

_____　　_____
(Individual/Physician/Institution/Agency)　　(Individual/Physician/Institution/Agency)

_____　　_____
(Street Address)　　　　　　　　　　　　　(Street Address)

_____　　_____
(City, State and Zip Code)　　　　　　　　(City, State and Zip Code)

_____　　_____
(Telephone Number)　　　　　　　　　　　(Telephone Number)

[The patient further requests that the health care provider supply copies of all documents produced pursuant to this authorization to the patient's attorneys, _____, at the above address, at their expense. (If desired by Plaintiff s counsel)].

For the purpose of _____
*(For patient request state "self" or state "litigation ", "potential litigation ", or "other ", if other please describe)*

NOTE TO PATIENT OR REPRESENTATIVE: Once this information has been released pursuant to this Authorization, it may no longer be protected by Federal and/or State law/regulations and may no longer be deemed "Confidential". Information used or disclosed pursuant to this Authorization may be subject to re-disclosure by the recipient and no longer protected by HIPAA and its implementation privacy regulations.

I UNDERSTAND that neither _____ nor any of its affiliated health care providers can make me sign this Authorization as a condition to getting treatment, making payments on any bills, or gaining enrollment or eligibility in any health insurance plan, unless the federal Privacy Regulations allow it.

I UNDERSTAND that I may revoke this Authorization at any time except to the extent that prior action has been taken in reliance on this Authorization. This Authorization will expire three (3) years from the date signed if I do not cancel it in writing before that expiration time. I understand that if I want to cancel/revoke this Authorization, I must mail, fax or bring a letter in person stating that I want to cancel this Authorization. I understand that I need to mail, fax or bring the letter to the address or fax number noted at the top of this Authorization.

I UNDERSTAND that I may inspect or copy the information to be used or disclosed, as provided in C.F.R. 164.524.

I UNDERSTAND that I have a right to a signed copy of this Authorization upon request.

I _____ hereby state that I have read all pages of
      (Print Name)
this release in its entirety and understand it and agree to it.


_____

Signature of Patient/Legal Guardian/Personal Representative/Other

I am signing this Authorization on behalf of

_____

(Self/Personal Representative/Legal Guardian/Other)

If you are signing on behalf of a patient whom you are the personal representative, you must
attach a copy of the appointment order as personal representative. If you are signing as
representative of the patient other than as personal representative, state the basis of your
authority to request the records of the patient. _____


Date: _____

STATE OF MISSOURI     )
                     )SS
_____ OF _____ )

     Subscribed and sworn to before me this ___ day of _____ , 200__ .


                              _____
                              Notary Public

My Commission Expires:


_____

*Facility Use Only:*

*Date Access/Request Granted* _____

*Other Disposition (Date/Action):* _____


Page 3 of 3

**E-FILED**
Monday, 29 October, 2007  12:06:49 PM
Clerk, U.S. District Court, ILCD

HIPAA Form B
Missouri 22nd Judicial Circuit
Approved 11/24/03

## AUTHORIZATION FOR RELEASE OF PSYCHOTHERAPY NOTES
## PURSUANT TO HIPAA 45 CFR PARTS 160 AND 164

Name: _____

_____
(Insert Name and Address of Health Care Provider/Physician/Facility Here)

Phone: _____

Fax:    _____

I hereby authorize/request the above to release/or grant me access to medical information of:

(_____)
Patient's Full Name

Former Name(s) (where applicable): _____

Date of Birth: _____

Social Security Number: _____

Medicare/Medicaid No.: _____
(if applicable)

This Authorization includes medical records, reports and other medical documents (including records or information from other health care providers) in your possession which relate to psychiatric and psychotherapy treatment.

The health care provider is neither required nor prohibited by law from engaging in private conversations regarding the patient's above-referenced care. The decision to enter into any such conversation is that of the health care provider. However, disclosure that exceeds the scope of this authorization may subject the health care provider to civil liability.

This Authorization shall remain in effect from three (3) years from the date signed below. Therefore, you may receive a supplemental request for documents. Provided you have an original or a copy of the authorization allowing you to provide records to the party making the supplemental request, a written request for supplemental documents is sufficient, and no additional authorization is required. A copy of this authorization is valid as long as the authorization has been completed in the presence of a notary.

Mail To:                                  Mail To:

_____       _____
(Individual/Physician/Institution/Agency)    (Individual/Physician/Institution/Agency)

_____       _____
(Street Address)                     (Street Address)

_____       _____
(City, State and Zip Code)           (City, State and Zip Code)

_____       _____
(Telephone Number)               (Telephone Number)

[The patient further requests that the health care provider supply copies of all documents produced pursuant to this authorization to the patient's attorneys, _____, at the above address, at their expense. (If desired by Plaintiff s counsel)].

For the purpose of _____
(For patient request state "self" or state "litigation ", "potential litigation ". or "other ", if other please describe)

NOTE TO PATIENT OR REPRESENTATIVE: Once this information has been released pursuant to this Authorization, it may no longer be protected by Federal and/or State law/regulations and may no longer be deemed "Confidential". Information used or disclosed pursuant to this Authorization may be subject to re-disclosure by the recipient and no longer protected by HIPAA and its implementation privacy regulations.

I UNDERSTAND that neither _____ nor any of its affiliated health care providers can make me sign this Authorization as a condition to getting treatment, making payments on any bills, or gaining enrollment or eligibility in any health insurance plan, unless the federal Privacy Regulations allow it.

I UNDERSTAND that I may revoke this Authorization at any time except to the extent that prior action has been taken in reliance on this Authorization. This Authorization will expire three (3) years from the date signed if I do not cancel it in writing before that expiration time. I understand that if I want to cancel/revoke this Authorization, I must mail, fax or bring a letter in person stating that I want to cancel this Authorization. I understand that I need to mail, fax or bring the letter to the address or fax number noted at the top of this Authorization.

I UNDERSTAND that I may inspect or copy the information to be used or disclosed, as provided in C.F.R. 164.524.

I UNDERSTAND that I have a right to a signed copy of this Authorization upon request.

I _____ hereby state that I have read all pages of
       (Print Name)
this release in its entirety and understand it and agree to it.


_____
Signature of Patient/Legal Guardian/Personal Representative/Other

I am signing this Authorization on behalf of

_____
(Self/Personal Representative/Legal Guardian/Other)

If you are signing on behalf of a patient whom you are the personal representative, you must
attach a copy of the appointment order as personal representative. If you are signing as
representative of the patient other than as personal representative, state the basis of your
authority to request the records of the patient. _____


Date: _____

STATE OF MISSOURI        )
                          )SS
_____ OF _____  )

        Subscribed and sworn to before me this ___ day of _____ , 200___ .


                    _____
                          Notary Public

My Commission Expires:


_____

*Facility Use Only:*

*Date Access/Request Granted* _____

*Other Disposition (Date/Action):* _____

HIPAA Form B
Missouri 22nd Judicial Circuit
Approved 11/24/03

## AUTHORIZATION FOR RELEASE OF PSYCHOTHERAPY NOTES
## PURSUANT TO HIPAA 45 CFR PARTS 160 AND 164

Name: _____

_____

(Insert Name and Address of Health Care Provider/Physician/Facility Here)

Phone: _____
Fax:    _____

I hereby authorize/request the above to release/or grant me access to medical information of:

(_____)

Patient's Full Name

Former Name(s) (where applicable): _____

Date of Birth: _____

Social Security Number: _____

Medicare/Medicaid No.: _____

(if applicable)

This Authorization includes medical records, reports and other medical documents (including records or information from other health care providers) in your possession which relate to psychiatric and psychotherapy treatment.

The health care provider is neither required nor prohibited by law from engaging in private conversations regarding the patient's above-referenced care. The decision to enter into any such conversation is that of the health care provider. However, disclosure that exceeds the scope of this authorization may subject the health care provider to civil liability.

This Authorization shall remain in effect from three (3) years from the date signed below. Therefore, you may receive a supplemental request for documents. Provided you have an original or a copy of the authorization allowing you to provide records to the party making the supplemental request, a written request for supplemental documents is sufficient, and no additional authorization is required. A copy of this authorization is valid as long as the authorization has been completed in the presence of a notary.

Mail To: _____

Mail To: _____

_____
(Individual/Physician/Institution/Agency)

_____
(Individual/Physician/Institution/Agency)

_____
(Street Address)

_____
(Street Address)

_____
(City, State and Zip Code)

_____
(City, State and Zip Code)

_____
(Telephone Number)

_____
(Telephone Number)

[The patient further requests that the health care provider supply copies of all documents produced pursuant to this authorization to the patient's attorneys, _____, at the above address, at their expense. (If desired by Plaintiff s counsel)].

For the purpose of _____

*(For patient request state "self" or state "litigation", "potential litigation", or "other", if other please describe)*

NOTE TO PATIENT OR REPRESENTATIVE: Once this information has been released pursuant to this Authorization, it may no longer be protected by Federal and/or State law/regulations and may no longer be deemed "Confidential". Information used or disclosed pursuant to this Authorization may be subject to re-disclosure by the recipient and no longer protected by HIPAA and its implementation privacy regulations.

I UNDERSTAND that neither _____ nor any of its affiliated health care providers can make me sign this Authorization as a condition to getting treatment, making payments on any bills, or gaining enrollment or eligibility in any health insurance plan, unless the federal Privacy Regulations allow it.

I UNDERSTAND that I may revoke this Authorization at any time except to the extent that prior action has been taken in reliance on this Authorization. This Authorization will expire three (3) years from the date signed if I do not cancel it in writing before that expiration time. I understand that if I want to cancel/revoke this Authorization, I must mail, fax or bring a letter in person stating that I want to cancel this Authorization. I understand that I need to mail, fax or bring the letter to the address or fax number noted at the top of this Authorization.

I UNDERSTAND that I may inspect or copy the information to be used or disclosed, as provided in C.F.R. 164.524.

I UNDERSTAND that I have a right to a signed copy of this Authorization upon request.

I _____ hereby state that I have read all pages of
          (Print Name)
this release in its entirety and understand it and agree to it.


_____

Signature of Patient/Legal Guardian/Personal Representative/Other

I am signing this Authorization on behalf of

_____

(Self/Personal Representative/Legal Guardian/Other)

If you are signing on behalf of a patient whom you are the personal representative, you must
attach a copy of the appointment order as personal representative. If you are signing as
representative of the patient other than as personal representative, state the basis of your
authority to request the records of the patient.

Date: _____

STATE OF MISSOURI        )
                                )SS
_____ OF _____ )

       Subscribed and sworn to before me this ___ day of _____ , 200__ .


_____

          Notary Public

My Commission Expires:


*Facility Use Only:*

*Date Access/Request Granted* _____

*Other Disposition (Date/Action):* _____

Page 3 of 3

### <u>AUTHORIZATION TO INSPECT AND/OR COPY</u>
### <u>WORKERS' COMPENSATION RECORDS</u>

BROWN & JAMES, P.C. is hereby authorized to inspect and/or copy any and all

records from Workers' Compensation Claims to which I am, or have been, a party.

| <u>Injury No.</u> | <u>Employee</u> | <u>Employer</u> | <u>Date of Accident</u> |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

(Additional claims listed on a separate page)

Date: _____

By:   _____

STATE OF _____  )
                          ) SS
_____ OF _____  )

SUBSCRIBED AND SWORN TO before me this _____ day of _____,
2007.

_____
                    NOTARY PUBLIC

My Commission Expires:_____

## AUTHORIZATION TO INSPECT AND/OR COPY
## WORKERS' COMPENSATION RECORDS

     BROWN & JAMES, P.C. is hereby authorized to inspect and/or copy any and all records from Workers' Compensation Claims to which I am, or have been, a party.

|  | Injury No. | Employee | Employer | Date of Accident |
|---|---|---|---|---|
| 1. |  |  |  |  |
| 2. |  |  |  |  |
| 3. |  |  |  |  |
| 4. |  |  |  |  |
| 5. |  |  |  |  |

(Additional claims listed on a separate page)

Date: _____

                             By:   _____

STATE OF _____ )
                           ) SS
_____ OF _____)

     SUBSCRIBED AND SWORN TO before me this _____ day of _____, 2007.

                              _____
                              NOTARY PUBLIC

My Commission Expires:_____

## AUTHORIZATION TO INSPECT AND/OR COPY
## WORKERS' COMPENSATION RECORDS

BROWN & JAMES, P.C. is hereby authorized to inspect and/or copy any and all records from Workers' Compensation Claims to which I am, or have been, a party.

|  | Injury No. | Employee | Employer | Date of Accident |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

(Additional claims listed on a separate page)

Date: _____

By:     _____

STATE OF _____ )
                                              ) SS
_____ OF _____ )

        SUBSCRIBED AND SWORN TO before me this _____ day of _____, 2007.

        _____
                        NOTARY PUBLIC

My Commission Expires:_____

## AUTHORIZATION TO INSPECT AND/OR COPY
## WORKERS' COMPENSATION RECORDS

BROWN & JAMES, P.C. is hereby authorized to inspect and/or copy any and all

records from Workers' Compensation Claims to which I am, or have been, a party.

| Injury No. | Employee | Employer | Date of Accident |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

(Additional claims listed on a separate page)

Date: _____

By:      _____

STATE OF _____ )
                                        ) SS
_____ OF _____ )

          SUBSCRIBED AND SWORN TO before me this _____ day of _____,
2007.

          _____
                              NOTARY PUBLIC

My Commission Expires:_____

**AUTHORIZATION TO INSPECT AND/OR COPY**
**WORKERS' COMPENSATION RECORDS**

BROWN & JAMES, P.C. is hereby authorized to inspect and/or copy any and all

records from Workers' Compensation Claims to which I am, or have been, a party.

|   | Injury No. | Employee | Employer | Date of Accident |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

(Additional claims listed on a separate page)

Date: _____

                            By: _____

STATE OF _____ )
                           ) SS
_____ OF _____ )

       SUBSCRIBED AND SWORN TO before me this _____ day of _____,
2007.

                            _____
                                  NOTARY PUBLIC

My Commission Expires:_____

## EMPLOYMENT AUTHORIZATION

TO EMPLOYER:

      This will authorize the law firm of BROWN & JAMES, P.C., or its representatives, to inspect and copy all personnel, company medical records, wage and earnings records, and workers' compensation records pertaining to:

_____
EMPLOYEE


_____
SOCIAL SECURITY NUMBER


_____
DATE OF BIRTH

Dated: _____

<u>EMPLOYMENT AUTHORIZATION</u>

TO EMPLOYER:

      This will authorize the law firm of BROWN & JAMES, P.C., or its representatives, to inspect and copy all personnel, company medical records, wage and earnings records, and workers' compensation records pertaining to:

_____
EMPLOYEE

_____
SOCIAL SECURITY NUMBER

_____
DATE OF BIRTH

Dated: _____

## EMPLOYMENT AUTHORIZATION

TO EMPLOYER:

      This will authorize the law firm of BROWN & JAMES, P.C., or its representatives, to inspect and copy all personnel, company medical records, wage and earnings records, and workers' compensation records pertaining to:

_____

EMPLOYEE

_____

SOCIAL SECURITY NUMBER

_____

DATE OF BIRTH

Dated: _____

## EMPLOYMENT AUTHORIZATION

TO EMPLOYER:

    This will authorize the law firm of BROWN & JAMES, P.C., or its representatives, to inspect and copy all personnel, company medical records, wage and earnings records, and workers' compensation records pertaining to:

_____
EMPLOYEE

_____
SOCIAL SECURITY NUMBER

_____
DATE OF BIRTH

Dated: _____

### EMPLOYMENT AUTHORIZATION

TO EMPLOYER:

This will authorize the law firm of BROWN & JAMES, P.C., or its representatives, to inspect and copy all personnel, company medical records, wage and earnings records, and workers' compensation records pertaining to:

_____
EMPLOYEE

_____
SOCIAL SECURITY NUMBER

_____
DATE OF BIRTH

Dated: _____

<u>EMPLOYMENT APPLICATION AUTHORIZATION</u>

TO PROSPECTIVE EMPLOYER:

    This will authorize the law firm of BROWN & JAMES, P.C., or its representatives, to inspect and copy all records relating to any employment applications of:

_____

APPLICANT

_____

SOCIAL SECURITY NUMBER

_____

DATE OF BIRTH

Dated: _____

## EMPLOYMENT APPLICATION AUTHORIZATION

TO PROSPECTIVE EMPLOYER:


    This will authorize the law firm of BROWN & JAMES, P.C., or its representatives,

to inspect and copy all records relating to any employment applications of:


                                      _____

                                             APPLICANT


                                      _____

                              SOCIAL SECURITY NUMBER


                                        _____

                                      DATE OF BIRTH


Dated: _____

## EMPLOYMENT APPLICATION AUTHORIZATION

TO PROSPECTIVE EMPLOYER:


This will authorize the law firm of BROWN & JAMES, P.C., or its representatives, to inspect and copy all records relating to any employment applications of:


_____
APPLICANT


_____
SOCIAL SECURITY NUMBER


_____
DATE OF BIRTH


Dated: _____

## EMPLOYMENT APPLICATION AUTHORIZATION

TO PROSPECTIVE EMPLOYER:

      This will authorize the law firm of BROWN & JAMES, P.C., or its representatives, to inspect and copy all records relating to any employment applications of:

_____

APPLICANT


_____

SOCIAL SECURITY NUMBER


_____

DATE OF BIRTH

Dated: _____

**E-FILED**
Monday, 29 October, 2007  12:08:03 PM
Clerk, U.S. District Court, ILCD

<u>EMPLOYMENT APPLICATION AUTHORIZATION</u>

TO PROSPECTIVE EMPLOYER:

      This will authorize the law firm of BROWN & JAMES, P.C., or its representatives,

to inspect and copy all records relating to any employment applications of:

                                   _____
                                           APPLICANT

                                   _____
                              SOCIAL SECURITY NUMBER

                                   _____
                                       DATE OF BIRTH

Dated: _____

**Form 4506**
(Rev. May 1997)

Department of the Treasury
Internal Revenue Service

# Request for Copy or Transcript of Tax Form

▶ Read instructions before completing this form.

▶ Type or print clearly. Request may be rejected if the form is incomplete or illegible.

OMB No. 1545-0429

**Note:** *Do not use this form to get tax account information. Instead, see instructions below.*

| | |
|---|---|
| 1a Name shown on tax form. If a joint return, enter the name shown first. | 1b First social security number on tax form or employer identification number (see instructions) |
| 2a If a joint return, spouse's name shown on tax form | 2b Second social security number on tax form |

3  Current name, address (including apt., room, or suite no.), city, state, and ZIP code

4  Address, (including apt., room, or suite no.), city, state, and ZIP code shown on the last return filed if different from line 3

5  If copy of form or a tax return transcript is to be mailed to someone else, enter the third party's name and address

6  If we cannot find a record of your tax form and you want the payment refunded to the third party, check here . . . . . . ▶ ☒

7  If name in third party's records differs from line 1a above, enter that name here (see instructions)▶

8  Check only one box to show what you want. There is no charge for items 8a, b, and c:

a ☐ Tax return transcript of Form 1040 series filed during the current calendar year and the 3 prior calendar years (see instructions).

b ☐ Verification of nonfiling.

c ☐ Form(s) W-2 information (see instructions).

d ☐ Copy of tax form and all attachments (including Form(s) W-2, schedules, or other forms). The charge is $23 for each period requested.

Note: *If these copies must be certified for court or administrative proceedings, see instructions and check here* . . . . . ▶ ☐

9  If this request is to meet a requirement of one of the following, check all boxes that apply.
☐ Small Business Administration   ☐ Department of Education   ☐ Department of Veterans Affairs   ☐ Financial institution

| | |
|---|---|
| 10  Tax form number (Form 1040, 1040A, 941, etc.) | 12  Complete only if line 8d is checked. Amount due: |
| 11  Tax period(s) (year or period ended date). If more than four, see instructions. | a Cost for each period . . . . . . . $ **23.00** |
| | b Number of tax periods requested on line 11 |
| | c Total cost. Multiply line 12a by line 12b $ |
| | *Full payment must accompany your request. Make check or money order payable to "Internal Revenue Service."* |

**Caution:** *Before signing, make sure all items are complete and the form is dated.*

I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. I am aware that based upon this form, the IRS will release the tax information requested to any party shown on line 5. The IRS has no control over what that party does with the information.

**Please Sign Here**

Signature. See instructions. If other than taxpayer, attach authorization document.    Date

Title (if line 1a above is a corporation, partnership, estate, or trust)

Spouse's signature    Date

Telephone number of requester
(    )

Best time to call

**TRY A TAX RETURN TRANSCRIPT (see line 8a instructions)**

# Instructions

*Section references are to the Internal Revenue Code.*

**TIP:** If you had your tax form filled in by a paid preparer, check first to see if you can get a copy from the preparer. This may save you both time and money.

**Purpose of Form.**—Use Form 4506 to get a tax return transcript, verification that you did not file a Federal tax return, Form W-2 information, or a copy of a tax form. Allow 6 weeks after you file a tax form before you request a copy of it or a transcript. For W-2

information, wait 13 months after the end of the year in which the wages were earned. For example, wait until Feb. 1999 to request W-2 information for wages earned in 1997.

Do not use this form to request Forms 1099 or tax account information. See this page for details on how to get these items.

Note: *Form 4506 must be received by the IRS within 60 calendar days after the date you signed and dated the request.*

**How Long Will It Take?**—You can get a tax return transcript or verification of nonfiling within 7 to 10 workdays after the IRS receives your request. It can take up to 60 calendar

days to get a copy of a tax form or W-2 information. To avoid any delay, be sure to furnish all the information asked for on Form 4506.

**Forms 1099.**—If you need a copy of a Form 1099, contact the payer. If the payer cannot help you, call or visit the IRS to get Form 1099 information.

**Tax Account Information.**—If you need a statement of your tax account showing any later changes that you or the IRS made to the original return, request tax account information. Tax account information lists

*(Continued on back)*

For Privacy Act and Paperwork Reduction Act Notice, see back of form.    Cat. No. 41721E    Form **4506** (Rev. 5-97)

Form 4506 (Rev. 5-97)

certain items from your return, including any later changes.

To request tax account information, write or visit an IRS office or call the IRS at the number listed in your telephone directory.

If you want your tax account information sent to a third party, complete **Form 8821, Tax Information Authorization.** You may get this form by phone (call 1-800-829-3676) or on the Internet (at http://www.irs.ustreas.gov).

**Line 1b.**—Enter your employer identification number (EIN) **only** if you are requesting a copy of a **business** tax form. Otherwise, enter the first social security number (SSN) shown on the tax form.

**Line 2b.**—If requesting a copy or transcript of a joint tax form, enter the second SSN shown on the tax form.

**Note:** *If you do not complete line 1b and, if applicable, line 2b, there may be a delay in processing your request.*

**Line 5.**—If you want someone else to receive the tax form or tax return transcript (such as a CPA, an enrolled agent, a scholarship board, or a mortgage lender), enter the name and address of the individual. If we cannot find a record of your tax form, we will notify the third party directly that we cannot fill the request.

**Line 7.**—Enter the name of the client, student, or applicant if it is different from the name shown on line 1a. For example, the name on line 1a may be the parent of a student applying for financial aid. In this case, you would enter the student's name on line 7 so the scholarship board can associate the tax form or tax return transcript with their file.

**Line 8a.**—If you want a tax return transcript, check this box. Also, on line 10 enter the tax form number and on line 11 enter the tax period for which you want the transcript.

A tax return transcript is available only for returns in the 1040 series (Form 1040, Form 1040A, 1040EZ, etc.). It shows most line items from the original return, including accompanying forms and schedules. In many cases, a transcript will meet the requirement of any lending institution such as a financial institution, the Department of Education, or the Small Business Administration. It may also be used to verify that you did not claim any itemized deductions for a residence.

**Note:** *A tax return transcript does not reflect any changes you or the IRS made to the original return. If you want a statement of your tax account with the changes, see Tax Account Information on page 1.*

**Line 8b.**—Check this box only if you want proof from the IRS that you did not file a return for the year. Also, on line 11 enter the tax period for which you want verification of nonfiling.

**Line 8c.**—If you want only Form(s) W-2 information, check this box. Also, on line 10 enter "Form(s) W-2 only" and on line 11 enter the tax period for which you want the information.

You may receive a copy of your actual Form W-2 or a transcript of the information, depending on how your employer filed the form. However, state withholding information is not shown on a transcript. If you have filed your tax return for the year the wages were earned, you can get a copy of the actual Form W-2 by requesting a complete copy of your return and paying the required fee.

Contact your employer if you have lost your current year's Form W-2 or have not received it by the time you are ready to prepare your tax return.

**Note:** *If you are requesting information about your spouse's Form W-2, your spouse must sign Form 4506.*

**Line 8d.**—If you want a certified copy of a tax form for court or administrative proceedings, check the box to the right of line 8d. It will take at least 60 days to process your request.

**Line 11.**—Enter the year(s) of the tax form or tax return transcript you want. For fiscal-year filers or requests for quarterly tax forms, enter the date the period ended; for example, 3/31/96, 6/30/96, etc. If you need more than four different tax periods, use additional Forms 4506. Tax forms filed 6 or more years ago may not be available for making copies. However, tax account information is generally still available for these periods.

**Line 12c.**—Write your SSN or EIN and "Form 4506 Request" on your check or money order. If we cannot fill your request, we will refund your payment.

**Signature.**—Requests for copies of tax forms or tax return transcripts to be sent to a third party must be signed by the person whose name is shown on line 1a or by a person authorized to receive the requested information.

Copies of tax forms or tax return transcripts for a jointly filed return may be furnished to either the husband or the wife. Only one signature is required. However, see the line 8c instructions. Sign Form 4506 exactly as your name appeared on the original tax form. If you changed your name, also sign your current name.

For a corporation, the signature of the president of the corporation, or any principal officer and the secretary, or the principal officer and another officer are generally required. For more details on who may obtain tax information on corporations, partnerships, estates, and trusts, see section 6103.

If you are not the taxpayer shown on line 1a, you must attach your authorization to receive a copy of the requested tax form or tax return transcript. You may attach a copy of the authorization document if the original has already been filed with the IRS. This will generally be a power of attorney (Form 2848), or other authorization, such as Form 8821, or evidence of entitlement (for Title 11 Bankruptcy or Receivership Proceedings). If the taxpayer is deceased, you must send Letters Testamentary or other evidence to establish that you are authorized to act for the taxpayer's estate.

**Where To File.**—Mail Form 4506 with the correct total payment attached, if required, to the Internal Revenue Service Center for the place where you lived when the requested tax form was filed.

**Note:** *You must use a separate form for each service center from which you are requesting a copy of your tax form or tax return transcript.*

| If you lived in: | Use this address: |
| --- | --- |
| New Jersey, New York (New York City and counties of Nassau, Rockland, Suffolk, and Westchester) | 1040 Waverly Ave. Photocopy Unit Stop 532 Holtsville, NY 11742 |
| New York (all other counties), Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island, Vermont | 310 Lowell St. Photocopy Unit Stop 679 Andover, MA 01810 |
| Florida, Georgia, South Carolina | 4800 Buford Hwy. Photocopy Unit Stop 91 Doraville, GA 30362 |
| Indiana, Kentucky, Michigan, Ohio, West Virginia | P.O. Box 145500 Photocopy Unit Stop 521 Cincinnati, OH 45250 |
| Kansas, New Mexico, Oklahoma, Texas | 3651 South Interregional Hwy. Photocopy Unit Stop 6716 Austin, TX 73301 |
| Alaska, Arizona, California (counties of Alpine, Amador, Butte, Calaveras, Colusa, Contra Costa, Del Norte, El Dorado, Glenn, Humboldt, Lake, Lassen, Marin, Mendocino, Modoc, Napa, Nevada, Placer, Plumas, Sacramento, San Joaquin, Shasta, Sierra, Siskiyou, Solano, Sonoma, Sutter, Tehama, Trinity, Yolo, and Yuba), Colorado, Idaho, Montana, Nebraska, Nevada, North Dakota, Oregon, South Dakota, Utah, Washington, Wyoming | P.O. Box 9941 Photocopy Unit Stop 6734 Ogden, UT 84409 |
| California (all other counties), Hawaii | 5045 E. Butler Avenue Photocopy Unit Stop 52180 Fresno, CA 93888 |
| Illinois, Iowa, Minnesota, Missouri, Wisconsin | 2306 E. Bannister Road Photocopy Unit Stop 6700, Annex 1 Kansas City, MO 64999 |
| Alabama, Arkansas, Louisiana, Mississippi, North Carolina, Tennessee | P.O. Box 30309 Photocopy Unit Stop 46 Memphis, TN 38130 |
| Delaware, District of Columbia, Maryland, Pennsylvania, Virginia, a foreign country, or A.P.O. or F.P.O. address | 11601 Roosevelt Blvd. Photocopy Unit DP 536 Philadelphia, PA 19255 |

**Privacy Act and Paperwork Reduction Act Notice.**—We ask for the information on this form to establish your right to gain access to your tax form or transcript under the Internal Revenue Code, including sections 6103 and 6109. We need it to gain access to your tax form or transcript in our files and properly respond to your request. If you do not furnish the information, we will not be able to fill your request. We may give the information to the Department of Justice or other appropriate law enforcement official, as provided by law.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file this form will vary depending on individual circumstances. The estimated average time is: Recordkeeping, 13 min.; Learning about the law or the form, 7 min.; Preparing the form, 26 min.; and Copying, assembling, and sending the form to the IRS, 17 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making this form simpler, we would be happy to hear from you. You can write to the Tax Forms Committee, Western Area Distribution Center, Rancho Cordova, CA 95743-0001. DO NOT send the form to this address. Instead, see **Where To File** on this page.

※

| Form **4506** (Rev. May 1997) Department of the Treasury Internal Revenue Service | **Request for Copy or Transcript of Tax Form** ▶ Read instructions before completing this form. ▶ Type or print clearly. Request may be rejected if the form is incomplete or illegible. | OMB No. 1545-0429 |

**Note: Do not use this form to get tax account information. Instead, see instructions below.**

| 1a Name shown on tax form. If a joint return, enter the name shown first. | 1b First social security number on tax form or employer identification number (see instructions) |
| 2a If a joint return, spouse's name shown on tax form | 2b Second social security number on tax form |

3  Current name, address (including apt., room, or suite no.), city, state, and ZIP code

4  Address, (including apt., room, or suite no.), and city, state, and ZIP code shown on the last return filed if different from line 3

5  If copy of form or a tax return transcript is to be mailed to someone else, enter the third party's name and address

6  If we cannot find a record of your tax form and you want the payment refunded to the third party, check here . . . . . . ▶ ☒

7  If name in third party's records differs from line 1a above, enter that name here (see instructions)▶

8  Check only one box to show what you want. There is no charge for items 8a, b, and c:
   a  ☐ Tax return transcript of Form 1040 series filed during the current calendar year and the 3 prior calendar years (see instructions).
   b  ☐ Verification of nonfiling.
   c  ☐ Form(s) W-2 information (see instructions).
   d  ☐ Copy of tax form and all attachments (including Form(s) W-2, schedules, or other forms) The charge is $23 for each period requested.
      Note: If these copies must be certified for court or administrative proceedings, see instructions and check here . . . . . ▶ ☐

9  If this request is to meet a requirement of one of the following, check all boxes that apply.
   ☐ Small Business Administration    ☐ Department of Education    ☐ Department of Veterans Affairs    ☐ Financial institution

| 10  Tax form number (Form 1040, 1040A, 941, etc.) | 12  Complete only if line 8d is checked. Amount due: | |
| 11  Tax period(s) (year or period ended date). If more than four, see instructions. | a  Cost for each period . . . . . . . | $  23.00 |
| | b  Number of tax periods requested on line 11 | |
| | c  Total cost. Multiply line 12a by line 12b . | $ |
| | **Full payment must accompany your request. Make check or money order payable to "Internal Revenue Service."** | |

**Caution:** Before signing, make sure all items are complete and the form is dated.

I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. I am aware that based upon this form, the IRS will release the tax information requested to any party shown on line 5. The IRS has no control over what that party does with the information.

| **Please Sign Here** | ☒ Signature. See instructions. If other than taxpayer, attach authorization document. | ☒ Date | Telephone number of requester ( ) |
| | | | Best time to call |
| | Title (if line 1a above is a corporation, partnership, estate, or trust) | | **TRY A TAX RETURN TRANSCRIPT (see line 8a instructions)** |
| | ▶ Spouse's signature | Date | |

## Instructions

*Section references are to the Internal Revenue Code.*

**TIP:** If you had your tax form filled in by a **paid preparer**, check first to see if you can get a copy from the preparer. This may save you both time and money.

**Purpose of Form.—**Use Form 4506 to get a tax return transcript, verification that you did **not** file a Federal tax return, Form W-2 information, or a copy of a tax form. Allow 6 weeks after you file a tax form before you request a copy of it or a transcript. For W-2

information, wait 13 months after the end of the year in which the wages were earned. For example, wait until Feb. 1999 to request W-2 information for wages earned in 1997.

Do not use this form to request Forms 1099 or tax account information. See this page for details on how to get these items.
**Note:** *Form 4506 must be received by the IRS within 60 calendar days after the date you signed and dated the request.*

**How Long Will It Take?—**You can get a tax return transcript or verification of nonfiling within 7 to 10 workdays after the IRS receives your request. It can take up to 60 calendar

days to get a copy of a tax form or W-2 information. To avoid any delay, be sure to furnish all the information asked for on Form 4506.

**Forms 1099.—**If you need a copy of a Form 1099, contact the payer. If the payer cannot help you, call or visit the IRS to get Form 1099 information.

**Tax Account Information.—**If you need a statement of your tax account showing any later changes that you or the IRS made to the original return, request tax account information. Tax account information lists

*(Continued on back)*

For Privacy Act and Paperwork Reduction Act Notice, see back of form.    Cat. No. 41721E    Form **4506** (Rev. 5-97)

certain items from your return, including any later changes.

To request tax account information, write or visit an IRS office or call the IRS at the number listed in your telephone directory.

If you want your tax account information sent to a third party, complete **Form 8821, Tax Information Authorization.** You may get this form by phone (call 1-800-829-3676) or on the Internet (at http://www.irs.ustreas.gov).

**Line 1b.**—Enter your employer identification number (EIN) only if you are requesting a copy of a **business** tax form. Otherwise, enter the first social security number (SSN) shown on the tax form.

**Line 2b.**—If requesting a copy or transcript of a joint tax form, enter the second SSN shown on the tax form.

**Note:** *If you do not complete line 1b and, if applicable, line 2b, there may be a delay in processing your request.*

**Line 5.**—If you want someone else to receive the tax form or tax return transcript (such as a CPA, an enrolled agent, a scholarship board, or a mortgage lender), enter the name and address of the individual. If we cannot find a record of your tax form, we will notify the third party directly that we cannot fill the request.

**Line 7.**—Enter the name of the client, student, or applicant if it is different from the name shown on line 1a. For example, the name on line 1a may be the parent of a student applying for financial aid. In this case, you would enter the student's name on line 7 so the scholarship board can associate the tax form or tax return transcript with their file.

**Line 8a.**—If you want a tax return transcript, check this box. Also, on line 10 enter the tax form number and on line 11 enter the tax period for which you want the transcript.

A tax return transcript is available only for returns in the 1040 series (Form 1040, Form 1040A, 1040EZ, etc.). It shows most line items from the original return, including accompanying forms and schedules. In many cases, a transcript will meet the requirement of any lending institution such as a financial institution, the Department of Education, or the Small Business Administration. It may also be used to verify that you did not claim any itemized deductions for a residence.

**Note:** *A tax return transcript does not reflect any changes you or the IRS made to the original return. If you want a statement of your tax account with the changes, see Tax Account Information on page 1.*

**Line 8b.**—Check this box only if you want proof from the IRS that you did not file a return for the year. Also, on line 11 enter the tax period for which you want verification of nonfiling.

**Line 8c.**—If you want only Form(s) W-2 information, check this box. Also, on line 10 enter "Form(s) W-2 only" and on line 11 enter the tax period for which you want the information.

You may receive a copy of your actual Form W-2 or a transcript of the information, depending on how your employer filed the form. However, state withholding information is not shown on a transcript. If you have filed your tax return for the year the wages were earned, you can get a copy of the actual Form W-2 by requesting a complete copy of your return and paying the required fee.

Contact your employer if you have lost your current year's Form W-2 or have not received it by the time you are ready to prepare your tax return.

**Note:** *If you are requesting information about your spouse's Form W-2, your spouse must sign Form 4506.*

**Line 8d.**—If you want a certified copy of a tax form for court or administrative proceedings, check the box to the right of line 8d. It will take at least 60 days to process your request.

**Line 11.**—Enter the year(s) of the tax form or tax return transcript you want. For fiscal-year filers or requests for quarterly tax forms, enter the date the period ended; for example, 3/31/96, 6/30/96, etc. If you need more than four different tax periods, use additional Forms 4506. Tax forms filed 6 or more years ago may not be available for making copies. However, tax account information is generally still available for these periods.

**Line 12c.**—Write your SSN or EIN and "Form 4506 Request" on your check or money order. If we cannot fill your request, we will refund your payment.

**Signature.**—Requests for copies of tax forms or tax return transcripts to be sent to a third party must be signed by the person whose name is shown on line 1a or by a person authorized to receive the requested information.

Copies of tax forms or tax return transcripts for a jointly filed return may be furnished to either the husband or the wife. Only one signature is required. However, see the line 8c instructions. Sign Form 4506 exactly as your name appeared on the original tax form. If you changed your name, also sign your current name.

For a corporation, the signature of the president of the corporation, or any principal officer and the secretary, or the principal officer and another officer are generally required. For more details on who may obtain tax information on corporations, partnerships, estates, and trusts, see section 6103.

If you are not the taxpayer shown on line 1a, you must attach your authorization to receive a copy of the requested tax form or tax return transcript. You may attach a copy of the authorization document if the original has already been filed with the IRS. This will generally be a power of attorney (Form 2848), or other authorization, such as Form 8821, or evidence of entitlement (for Title 11 Bankruptcy or Receivership Proceedings). If the taxpayer is deceased, you must send Letters Testamentary or other evidence to establish that you are authorized to act for the taxpayer's estate.

**Where To File.**—Mail Form 4506 with the correct total payment attached, if required, to the Internal Revenue Service Center for the place where you lived when the requested tax form was filed.

**Note:** *You must use a separate form for each service center from which you are requesting a copy of your tax form or tax return transcript.*

| If you lived in: | Use this address: |
|---|---|
| New Jersey, New York (New York City and counties of Nassau, Rockland, Suffolk, and Westchester) | 1040 Waverly Ave. Photocopy Unit Stop 532 Holtsville, NY 11742 |
| New York (all other counties), Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island, Vermont | 310 Lowell St. Photocopy Unit Stop 679 Andover, MA 01810 |
| Florida, Georgia, South Carolina | 4800 Buford Hwy. Photocopy Unit Stop 91 Doraville, GA 30362 |

| If you lived in: | Use this address: |
|---|---|
| Indiana, Kentucky, Michigan, Ohio, West Virginia | P.O. Box 145500 Photocopy Unit Stop 521 Cincinnati, OH 45250 |
| Kansas, New Mexico, Oklahoma, Texas | 3651 South Interregional Hwy. Photocopy Unit Stop 6716 Austin, TX 73301 |
| Alaska, Arizona, California (counties of Alpine, Amador, Butte, Calaveras, Colusa, Contra Costa, Del Norte, El Dorado, Glenn, Humboldt, Lake, Lassen, Marin, Mendocino, Modoc, Napa, Nevada, Placer, Plumas, Sacramento, San Joaquin, Shasta, Sierra, Siskiyou, Solano, Sonoma, Sutter, Tehama, Trinity, Yolo, and Yuba), Colorado, Idaho, Montana, Nebraska, Nevada, North Dakota, Oregon, South Dakota, Utah, Washington, Wyoming | P.O. Box 9941 Photocopy Unit Stop 6734 Ogden, UT 84409 |
| California (all other counties), Hawaii | 5045 E. Butler Avenue Photocopy Unit Stop 52180 Fresno, CA 93888 |
| Illinois, Iowa, Minnesota, Missouri, Wisconsin | 2306 E. Bannister Road Photocopy Unit Stop 6700, Annex 1 Kansas City, MO 64999 |
| Alabama, Arkansas, Louisiana, Mississippi, North Carolina, Tennessee | P.O. Box 30309 Photocopy Unit Stop 46 Memphis, TN 38130 |
| Delaware, District of Columbia, Maryland, Pennsylvania, Virginia, a foreign country, or A.P.O. or F.P.O address | 11601 Roosevelt Blvd. Photocopy Unit DP 536 Philadelphia, PA 19255 |

**Privacy Act and Paperwork Reduction Act Notice.**—We ask for the information on this form to establish your right to gain access to your tax form or transcript under the Internal Revenue Code, including sections 6103 and 6109. We need it to gain access to your tax form or transcript in our files and properly respond to your request. If you do not furnish the information, we will not be able to fill your request. We may give the information to the Department of Justice or other appropriate law enforcement official, as provided by law.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file this form will vary depending on individual circumstances. The estimated average time is: Recordkeeping, 13 min.; Learning about the law or the form, 7 min.; Preparing the form, 26 min.; and Copying, assembling, and sending the form to the IRS, 17 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making this form simpler, we would be happy to hear from you. You can write to the Tax Forms Committee, Western Area Distribution Center, Rancho Cordova, CA 95743-0001. DO NOT send the form to this address. Instead, see **Where To File** on this page.

✯

Form **4506**
(Rev. May 1997)

Department of the Treasury
Internal Revenue Service

# Request for Copy or Transcript of Tax Form

▶ **Read instructions before completing this form.**

▶ **Type or print clearly. Request may be rejected if the form is incomplete or illegible.**

OMB No. 1545-0429

**Note:** *Do not use this form to get **tax account information**. Instead, see instructions below.*

| | |
|---|---|
| **1a** Name shown on tax form. If a joint return, enter the name shown first. | **1b** First social security number on tax form or employer identification number (see instructions) |
| **2a** If a joint return, spouse's name shown on tax form | **2b** Second social security number on tax form |

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code

**4** Address, (including apt., room, or suite no.), and city, state, and ZIP code shown on the last return filed if different from line 3

**5** If copy of form or a tax return transcript is to be mailed to someone else, enter the third party's name and address

**6** If we cannot find a record of your tax form and you want the payment refunded to the third party, check here . . . . . . ▶ ☒

**7** If name in third party's records differs from line 1a above, enter that name here (see instructions)▶

**8** Check only one box to show what you want. There is no charge for items 8a, b, and c:
- **a** ☐ Tax return transcript of Form 1040 series filed during the **current calendar year** and the **3 prior calendar years** (see instructions).
- **b** ☐ Verification of nonfiling.
- **c** ☐ Form(s) W-2 information (see instructions).
- **d** ☐ Copy of tax form and all attachments (including Form(s) W-2, schedules, or other forms). The charge is $23 for each period requested.
  **Note:** *If these copies must be certified for court or administrative proceedings, see instructions and check here . . . . . ▶ ☐*

**9** If this request is to meet a requirement of one of the following, check all boxes that apply.
☐ Small Business Administration    ☐ Department of Education    ☐ Department of Veterans Affairs    ☐ Financial institution

**10** Tax form number (Form 1040, 1040A, 941, etc.)

**11** Tax period(s) (year or period ended date). If more than four, see instructions.

**12** Complete only if line 8d is checked.
Amount due:
- **a** Cost for each period . . . . . . . $ 23.00
- **b** Number of tax periods requested on line 11
- **c** Total cost. Multiply line 12a by line 12b . $

*Full payment must accompany your request. Make check or money order payable to "Internal Revenue Service."*

**Caution:** *Before signing, make sure all items are complete and the form is dated.*

I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. I am aware that based upon this form, the IRS will release the tax information requested to any party shown on line 5. The IRS has no control over what that party does with the information.

**Please Sign Here**

Signature. See instructions. If other than taxpayer, attach authorization document.    Date

Title (if line 1a above is a corporation, partnership, estate, or trust)

Spouse's signature    Date

Telephone number of requester
(    )

Best time to call

**TRY A TAX RETURN TRANSCRIPT** (see line 8a instructions)

# Instructions

*Section references are to the Internal Revenue Code.*

**TIP:** If you had your tax form filled in by a paid preparer, check first to see if you can get a copy from the preparer. This may save you both time and money.

**Purpose of Form.—**Use Form 4506 to get a tax return transcript, verification that you did not file a Federal tax return, Form W-2 information, or a copy of a tax form. Allow 6 weeks after you file a tax form before you request a copy of it or a transcript. For W-2

information, wait 13 months after the end of the year in which the wages were earned. For example, wait until Feb. 1999 to request W-2 information for wages earned in 1997.

Do not use this form to request Forms 1099 or tax account information. See this page for details on how to get these items.

**Note:** *Form 4506 must be received by the IRS within 60 calendar days after the date you signed and dated the request.*

**How Long Will It Take?—**You can get a tax return transcript or verification of nonfiling within 7 to 10 workdays after the IRS receives your request. It can take up to 60 calendar

days to get a copy of a tax form or W-2 information. To avoid any delay, be sure to furnish all the information asked for on Form 4506.

**Forms 1099.—**If you need a copy of a Form 1099, contact the payer. If the payer cannot help you, call or visit the IRS to get Form 1099 information.

**Tax Account Information.—**If you need a statement of your tax account showing any later changes that you or the IRS made to the original return, request tax account information. Tax account information lists

*(Continued on back)*

For Privacy Act and Paperwork Reduction Act Notice, see back of form.    Cat. No. 41721E    Form **4506** (Rev. 5-97)

Form 4506 (Rev. 5-97)

certain items from your return, including any later changes.

To request tax account information, write or visit an IRS office or call the IRS at the number listed in your telephone directory.

If you want your tax account information sent to a third party, complete **Form 8821, Tax Information Authorization.** You may get this form by phone (call 1-800-829-3676) or on the Internet (at http://www.irs.ustreas.gov).

**Line 1b.**—Enter your employer identification number (EIN) **only** if you are requesting a copy of a **business** tax form. Otherwise, enter the first social security number (SSN) shown on the tax form.

**Line 2b.**—If requesting a copy or transcript of a joint tax form, enter the second SSN shown on the tax form.

**Note:** If you do not complete line 1b and, if applicable, line 2b, there may be a delay in processing your request.

**Line 5.**—If you want someone else to receive the tax form or tax return transcript (such as a CPA, an enrolled agent, a scholarship board, or a mortgage lender), enter the name and address of the individual. If we cannot find a record of your tax form, we will notify the third party directly that we cannot fill the request.

**Line 7.**—Enter the name of the client, student, or applicant if it is different from the name shown on line 1a. For example, the name on line 1a may be the parent of a student applying for financial aid. In this case, you would enter the student's name on line 7 so the scholarship board can associate the tax form or tax return transcript with their file.

**Line 8a.**—If you want a tax return transcript, check this box. Also, on line 10 enter the tax form number and on line 11 enter the tax period for which you want the transcript.

A tax return transcript is available only for returns in the 1040 series (Form 1040, Form 1040A, 1040EZ, etc.). It shows most line items from the original return, including accompanying forms and schedules. In many cases, a transcript will meet the requirement of any lending institution such as a financial institution, the Department of Education, or the Small Business Administration. It may also be used to verify that you did not claim any itemized deductions for a residence.

**Note:** A tax return transcript does not reflect any changes you or the IRS made to the original return. If you want a statement of your tax account with the changes, see Tax Account Information on page 1.

**Line 8b.**—Check this box only if you want proof from the IRS that you did not file a return for the year. Also, on line 11 enter the tax period for which you want verification of nonfiling.

**Line 8c.**—If you want only Form W-2 information, check this box. Also, on line 10 enter "Form(s) W-2 only" and on line 11 enter the tax period for which you want the information.

You may receive a copy of your actual Form W-2 or a transcript of the information, depending on how your employer filed the form. However, state withholding information is not shown on a transcript. If you have filed your tax return for the year the wages were earned, you can get a copy of the actual Form W-2 by requesting a complete copy of your return and paying the required fee.

Contact your employer if you have lost your current year's Form W-2 or have not received it by the time you are ready to prepare your tax return.

**Note:** If you are requesting information about your spouse's Form W-2, your spouse must sign Form 4506.

**Line 8d.**—If you want a certified copy of a tax form for court or administrative proceedings, check the box to the right of line 8d. It will take at least 60 days to process your request.

**Line 11.**—Enter the year(s) of the tax form or tax return transcript you want. For fiscal-year filers or requests for quarterly tax forms, enter the date the period ended; for example, 3/31/96, 6/30/96, etc. If you need more than four different tax periods, use additional Forms 4506. Tax forms filed 6 or more years ago may not be available for making copies. However, tax account information is generally still available for these periods.

**Line 12c.**—Write your SSN or EIN and "Form 4506 Request" on your check or money order. If we cannot fill your request, we will refund your payment.

**Signature.**—Requests for copies of tax forms or tax return transcripts to be sent to a third party must be signed by the person whose name is shown on line 1a or by a person authorized to receive the requested information.

Copies of tax forms or tax return transcripts for a jointly filed return may be furnished to either the husband or the wife. Only one signature is required. However, see the line 8c instructions. Sign Form 4506 exactly as your name appeared on the original tax form. If you changed your name, also sign your current name.

For a corporation, the signature of the president of the corporation, or any principal officer and the secretary, or the principal officer and another officer are generally required. For more details on who may obtain tax information on corporations, partnerships, estates, and trusts, see section 6103.

If you are not the taxpayer shown on line 1a, you must attach your authorization to receive a copy of the requested tax form or tax return transcript. You may attach a copy of the authorization document if the original has already been filed with the IRS. This will generally be a power of attorney (Form 2848), or other authorization, such as Form 8821, or evidence of entitlement (for Title 11 Bankruptcy or Receivership Proceedings). If the taxpayer is deceased, you must send Letters Testamentary or other evidence to establish that you are authorized to act for the taxpayer's estate.

**Where To File.**—Mail Form 4506 with the correct total payment attached, if required, to the Internal Revenue Service Center for the place where you lived when the requested tax form was filed.

**Note:** You must use a separate form for each service center from which you are requesting a copy of your tax form or tax return transcript.

| If you lived in: | Use this address: |
|---|---|
| New Jersey, New York (New York City and counties of Nassau, Rockland, Suffolk, and Westchester) | 1040 Waverly Ave. Photocopy Unit Stop 532 Holtsville, NY 11742 |
| New York (all other counties), Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island, Vermont | 310 Lowell St. Photocopy Unit Stop 679 Andover, MA 01810 |
| Florida, Georgia, South Carolina | 4800 Buford Hwy. Photocopy Unit Stop 91 Doraville, GA 30362 |
| Indiana, Kentucky, Michigan, Ohio, West Virginia | P.O. Box 145500 Photocopy Unit Stop 521 Cincinnati, OH 45250 |
| Kansas, New Mexico, Oklahoma, Texas | 3651 South Interregional Hwy. Photocopy Unit Stop 6716 Austin, TX 73301 |
| Alaska, Arizona, California (counties of Alpine, Amador, Butte, Calaveras, Colusa, Contra Costa, Del Norte, El Dorado, Glenn, Humboldt, Lake, Lassen, Marin, Mendocino, Modoc, Napa, Nevada, Placer, Plumas, Sacramento, San Joaquin, Shasta, Sierra, Siskiyou, Solano, Sonoma, Sutter, Tehama, Trinity, Yolo, and Yuba), Colorado, Idaho, Montana, Nebraska, Nevada, North Dakota, Oregon, South Dakota, Utah, Washington, Wyoming | P.O. Box 9941 Photocopy Unit Stop 6734 Ogden, UT 84409 |
| California (all other counties), Hawaii | 5045 E. Butler Avenue Photocopy Unit Stop 52180 Fresno, CA 93888 |
| Illinois, Iowa, Minnesota, Missouri, Wisconsin | 2306 E. Bannister Road Photocopy Unit Stop 6700, Annex 1 Kansas City, MO 64999 |
| Alabama, Arkansas, Louisiana, Mississippi, North Carolina, Tennessee | P.O. Box 30309 Photocopy Unit Stop 46 Memphis, TN 38130 |
| Delaware, District of Columbia, Maryland, Pennsylvania, Virginia, a foreign country, or A.P.O. or F.P.O address | 11601 Roosevelt Blvd. Photocopy Unit DP 536 Philadelphia, PA 19255 |

**Privacy Act and Paperwork Reduction Act Notice.**—We ask for the information on this form to establish your right to gain access to your tax form or transcript under the Internal Revenue Code, including sections 6103 and 6109. We need it to gain access to your tax form or transcript in our files and properly respond to your request. If you do not furnish the information, we will not be able to fill your request. We may give the information to the Department of Justice or other appropriate law enforcement official, as provided by law.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file this form will vary depending on individual circumstances. The estimated average time is: Recordkeeping, 13 min.; Learning about the law or the form, 7 min.; Preparing the form, 26 min.; and Copying, assembling, and sending the form to the IRS, 17 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making this form simpler, we would be happy to hear from you. You can write to the Tax Forms Committee, Western Area Distribution Center, Rancho Cordova, CA 95743-0001. DO NOT send the form to this address. Instead, see **Where To File** on this page.

(✶)

Form **4506**
(Rev. May 1997)

Department of the Treasury
Internal Revenue Service

## Request for Copy or Transcript of Tax Form

► **Read instructions before completing this form.**

► **Type or print clearly. Request may be rejected if the form is incomplete or illegible.**

OMB No. 1545-0429

**Note:** *Do not use this form to get **tax account information**. Instead, see instructions below.*

| 1a Name shown on tax form. If a joint return, enter the name shown first. | 1b First social security number on tax form or employer identification number (see instructions) |
|---|---|
| 2a If a joint return, spouse's name shown on tax form | 2b Second social security number on tax form |

3 Current name, address (including apt., room, or suite no.), city, state, and ZIP code

4 Address, (including apt., room, or suite no.), city, state, and ZIP code shown on the last return filed if different from line 3

5 If copy of form or a tax return transcript is to be mailed to someone else, enter the third party's name and address

6 If we cannot find a record of your tax form and you want the payment refunded to the third party, check here . . . . . ▶ ☒

7 If name in third party's records differs from line 1a above, enter that name here (see instructions)▶

8 Check only one box to show what you want. There is **no** charge for items 8a, b, and c:

a ☐ Tax return transcript of Form 1040 series filed during the **current** calendar year and the **3 prior** calendar years (see instructions).

b ☐ Verification of nonfiling.

c ☐ Form(s) W-2 information (see instructions).

d ☐ Copy of tax form and all attachments (including Form(s) W-2, schedules, or other forms).**The charge is $23 for each period requested.**
   **Note:** *If these copies must be certified for court or administrative proceedings, see instructions and check here* . . . . . ▶ ☐

9 If this request is to meet a requirement of one of the following, check all boxes that apply.
   ☐ Small Business Administration   ☐ Department of Education   ☐ Department of Veterans Affairs   ☐ Financial institution

10 Tax form number (Form 1040, 1040A, 941, etc.)

11 Tax period(s) (year or period ended date). If more than four, see instructions.

12 Complete only if line 8d is checked.
   Amount due:
   a Cost for each period . . . . . . . $ 23.00
   b Number of tax periods requested on line 11
   c Total cost. Multiply line 12a by line 12b . $
   *Full payment must accompany your request. Make check or money order payable to "Internal Revenue Service."*

**Caution:** *Before signing, make sure all items are complete and the form is dated.*

I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. I am aware that based upon this form, the IRS will release the tax information requested to any party shown on line 5. The IRS has no control over what that party does with the information.

**Please Sign Here**

| ✗ Signature. See Instructions. If other than taxpayer, attach authorization document. | ✗ Date | Telephone number of requester ( ) |
| | | Best time to call |
| Title (if line 1a above is a corporation, partnership, estate, or trust) | | **TRY A TAX RETURN TRANSCRIPT** (see line 8a instructions) |
| Spouse's signature | Date | |

## Instructions

*Section references are to the Internal Revenue Code.*

**TIP:** If you had your tax form filled in by a **paid preparer**, check first to see if you can get a copy from the preparer. This may save you both time and money.

**Purpose of Form.**—Use Form 4506 to get a tax return transcript, verification that you did **not** file a Federal tax return, Form W-2 information, or a copy of a tax form. Allow 6 weeks after you file a tax form before you request a copy of it or a transcript. For W-2

information, wait 13 months after the end of the year in which the wages were earned. For example, wait until Feb. 1999 to request W-2 information for wages earned in 1997.

Do not use this form to request Forms 1099 or tax account information. See this page for details on how to request these items.

**Note:** *Form 4506 must be received by the IRS within 60 calendar days after the date you signed and dated the request.*

**How Long Will It Take?**—You can get a tax return transcript or verification of nonfiling within 7 to 10 workdays after the IRS receives your request. It can take up to 60 calendar

days to get a copy of a tax form or W-2 information. To avoid any delay, be sure to furnish all the information asked for on Form 4506.

**Forms 1099.**—If you need a copy of a Form 1099, contact the payer. If the payer cannot help you, call or visit the IRS to get Form 1099 information.

**Tax Account Information.**—If you need a statement of your tax account showing any later changes that you or the IRS made to the original return, request tax account information. Tax account information lists

*(Continued on back)*

For Privacy Act and Paperwork Reduction Act Notice, see back of form.          Cat. No. 41721E          Form **4506** (Rev. 5-97)

Form 4506 (Rev. 5-97)

certain items from your return, including any later changes.

To request tax account information, write or visit an IRS office or call the IRS at the number listed in your telephone directory.

If you want your tax account information sent to a third party, complete **Form 8821**, Tax Information Authorization. You can get this form by phone (call 1-800-829-3676) or on the Internet (at http://www.irs.ustreas.gov).

**Line 1b.**—Enter your employer identification number (EIN) only if you are requesting a copy of a business tax form. Otherwise, enter the first social security number (SSN) shown on the tax form.

**Line 2b.**—If requesting a copy or transcript of a joint tax form, enter the second SSN shown on the tax form.

**Note:** If you do not complete line 1b and, if applicable, line 2b, there may be a delay in processing your request.

**Line 5.**—If you want someone else to receive the tax form or tax return transcript (such as a CPA, an enrolled agent, a scholarship board, or a mortgage lender), enter the name and address of the individual. If we cannot find a record of your tax form, we will notify the third party directly that we cannot fill the request.

**Line 7.**—Enter the name of the client, student, or applicant if it is different from the name shown on line 1a. For example, the name on line 1a may be the parent of a student applying for financial aid. In this case, you would enter the student's name on line 7 so the scholarship board can associate the tax form or tax return transcript with their file.

**Line 8a.**—If you want a tax return transcript, check this box. Also, on line 10 enter the tax form number and on line 11 enter the tax period for which you want the transcript.

A tax return transcript is available only for returns in the 1040 series (Form 1040, Form 1040A, 1040EZ, etc.). It shows most line items from the original return, including accompanying forms and schedules. In many cases, a transcript will meet the requirement of any lending institution such as a financial institution, the Department of Education, or the Small Business Administration. It may also be used to verify that you did not claim any itemized deductions for a residence.

**Note:** A tax return transcript does not reflect any changes you or the IRS made to the original return. If you want a statement of your tax account with the changes, see Tax Account Information on page 1.

**Line 8b.**—Check this box only if you want proof from the IRS that you did not file a return for the year. Also, on line 11 enter the tax period for which you want verification of nonfiling.

**Line 8c.**—If you want only Form(s) W-2 information, check this box. Also, on line 10 enter "Form(s) W-2 only" and on line 11 enter the tax period for which you want the information.

You may receive a copy of your actual Form W-2 or a transcript of the information, depending on how your employer filed the form. However, state withholding information is not shown on a transcript. If you have filed your tax return for the year the wages were earned, you can get a copy of the actual Form W-2 by requesting a complete copy of your return and paying the required fee.

Contact your employer if you have lost your current year's Form W-2 or have not received it by the time you are ready to prepare your tax return.

**Note:** If you are requesting information about your spouse's Form W-2, your spouse must sign Form 4506.

**Line 8d.**—If you want a certified copy of a tax form for court or administrative proceedings, check the box to the right of line 8d. It will take at least 60 days to process your request.

**Line 11.**—Enter the year(s) of the tax or tax return transcript you want. For fiscal-year filers or requests for quarterly tax forms, enter the date the period ended; for example, 3/31/96, 6/30/96, etc. If you need more than four different tax periods, use additional Forms 4506. Tax forms filed 6 or more years ago may not be available for making copies. However, tax account information is generally still available for these periods.

**Line 12c.**—Write your SSN or EIN and "Form 4506 Request" on your check or money order. If we cannot fill your request, we will refund your payment.

**Signature.**—Requests for copies of tax forms or tax return transcripts to be sent to a third party must be signed by the person whose name is shown on line 1a or by a person authorized to receive the requested information.

Copies of tax forms or tax return transcripts for a jointly filed return may be furnished to either the husband or the wife. Only one signature is required. However, see the line 8c instructions. Sign Form 4506 exactly as your name appeared on the original tax form. If you changed your name, also sign your current name.

For a corporation, the signature of the president of the corporation, or any principal officer and the secretary, or the principal officer and another officer are generally required. For more details on who may obtain tax information on corporations, partnerships, estates, and trusts, see section 6103.

If you are not the taxpayer shown on line 1a, you must attach your authorization to receive a copy of the requested tax form or tax return transcript. You may attach a copy of the authorization document if the original has already been filed with the IRS. This will generally be a power of attorney (Form 2848), or other authorization, such as Form 8821, or evidence of entitlement (for Title 11 Bankruptcy or Receivership Proceedings). If the taxpayer is deceased, you must send Letters Testamentary or other evidence to establish that you are authorized to act for the taxpayer's estate.

**Where To File.**—Mail Form 4506 with the correct total payment attached, if required, to the Internal Revenue Service Center for the place where you lived when the requested tax form was filed.

**Note:** You must use a separate form for each service center from which you are requesting a copy of your tax form or tax return transcript.

| If you lived in: | Use this address: |
|---|---|
| New Jersey, New York (New York City and counties of Nassau, Rockland, Suffolk, and Westchester) | 1040 Waverly Ave. Photocopy Unit Stop 532 Holtsville, NY 11742 |
| New York (all other counties), Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island, Vermont | 310 Lowell St. Photocopy Unit Stop 679 Andover, MA 01810 |
| Florida, Georgia, South Carolina | 4800 Buford Hwy. Photocopy Unit Stop 91 Doraville, GA 30362 |

| If you lived in: | Use this address: |
|---|---|
| Indiana, Kentucky, Michigan, Ohio, West Virginia | P.O. Box 145500 Photocopy Unit Stop 521 Cincinnati, OH 45250 |
| Kansas, New Mexico, Oklahoma, Texas | 3651 South Interregional Hwy. Photocopy Unit Stop 6716 Austin, TX 73301 |
| Alaska, Arizona, California (counties of Alpine, Amador, Butte, Calaveras, Colusa, Contra Costa, Del Norte, El Dorado, Glenn, Humboldt, Lake, Lassen, Marin, Mendocino, Modoc, Napa, Nevada, Placer, Plumas, Sacramento, San Joaquin, Shasta, Sierra, Siskiyou, Solano, Sonoma, Sutter, Tehama, Trinity, Yolo, and Yuba), Colorado, Idaho, Montana, Nebraska, Nevada, North Dakota, Oregon, South Dakota, Utah, Washington, Wyoming | P.O. Box 9941 Photocopy Unit Stop 6734 Ogden, UT 84409 |
| California (all other counties), Hawaii | 5045 E. Butler Avenue Photocopy Unit Stop 52180 Fresno, CA 93888 |
| Illinois, Iowa, Minnesota, Missouri, Wisconsin | 2306 E. Bannister Road Photocopy Unit Stop 6700, Annex 1 Kansas City, MO 64999 |
| Alabama, Arkansas, Louisiana, Mississippi, North Carolina, Tennessee | P.O. Box 30309 Photocopy Unit Stop 46 Memphis, TN 38130 |
| Delaware, District of Columbia, Maryland, Pennsylvania, Virginia, a foreign country, or A.P.O. or F.P.O address | 11601 Roosevelt Blvd. Photocopy Unit DP 536 Philadelphia, PA 19255 |

**Privacy Act and Paperwork Reduction Act Notice.**—We ask for the information on this form to establish your right to gain access to your tax form or transcript under the Internal Revenue Code, including sections 6103 and 6109. We need it to gain access to your tax form or transcript in our files and properly respond to your request. If you do not furnish the information, we will not be able to fill your request. We may give the information to the Department of Justice or other appropriate law enforcement official, as provided by law.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and tax return information are confidential, as required by section 6103.

The time needed to complete and file this form will vary depending on individual circumstances. The estimated average time is: Recordkeeping, 13 min.; Learning about the law or the form, 7 min.; Preparing the form, 26 min.; and Copying, assembling, and sending the form to the IRS, 17 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making this form simpler, we would be happy to hear from you. You can write to the Tax Forms Committee, Western Area Distribution Center, Rancho Cordova, CA 95743-0001. DO NOT send the form to this address. Instead, see Where To File on this page.

**Form 4506**
(Rev. May 1997)

Department of the Treasury
Internal Revenue Service

# Request for Copy or Transcript of Tax Form

▶ Read instructions before completing this form.

▶ Type or print clearly. Request may be rejected if the form is incomplete or illegible.

OMB No. 1545-0429

**Note:** *Do not use this form to get tax account information.* Instead, see instructions below.

| 1a Name shown on tax form. If a joint return, enter the name shown first. | 1b First social security number on tax form or employer identification number (see instructions) |
|---|---|
| 2a If a joint return, spouse's name shown on tax form | 2b Second social security number on tax form |

3  Current name, address (including apt., room, or suite no.), city, state, and ZIP code

4  Address, (including apt., room, or suite no.), city, state, and ZIP code shown on the last return filed if different from line 3

5  If copy of form or a tax return transcript is to be mailed to someone else, enter the third party's name and address

6  If we cannot find a record of your tax form and you want the payment refunded to the third party, check here . . . . . . ▶ ☒

7  If name in third party's records differs from line 1a above, enter that name here (see instructions)▶

8  Check only one box to show what you want. There is no charge for items 8a, b, and c:
   a ☐ Tax return transcript of Form 1040 series filed during the current calendar year and the 3 prior calendar years (see instructions).
   b ☐ Verification of nonfiling.
   c ☐ Form(s) W-2 information (see instructions).
   d ☐ Copy of tax form and all attachments (including Form(s) W-2, schedules, or other forms) The charge is $23 for each period requested.
   **Note:** *If these copies must be certified for court or administrative proceedings, see instructions and check here* . . . . . ▶ ☐

9  If this request is to meet a requirement of one of the following, check all boxes that apply.
   ☐ Small Business Administration    ☐ Department of Education    ☐ Department of Veterans Affairs    ☐ Financial institution

| 10  Tax form number (Form 1040, 1040A, 941, etc.) | 12  Complete only if line 8d is checked. Amount due: | |
|---|---|---|
| | a  Cost for each period  . . . . . . . | $  23.00 |
| 11  Tax period(s) (year or period ended date). If more than four, see instructions. | b  Number of tax periods requested on line 11 | |
| | c  Total cost. Multiply line 12a by line 12b | $ |
| | *Full payment must accompany your request. Make check or money order payable to "Internal Revenue Service."* | |

**Caution:** *Before signing, make sure all items are complete and the form is dated.*

I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. I am aware that based upon this form, the IRS will release the tax information requested to any party shown on line 5. The IRS has no control over what that party does with the information.

**Please Sign Here**

X ___ Signature. See instructions. If other than taxpayer, attach authorization document.

X ___ Date

Telephone number of requester
(    )

Best time to call

Title (if line 1a above is a corporation, partnership, estate, or trust)

**TRY A TAX RETURN TRANSCRIPT** (see line 8a instructions)

Spouse's signature

Date

## Instructions

*Section references are to the Internal Revenue Code.*

**TIP:** If you had your tax form filled in by a **paid preparer**, check first to see if you can get a copy from the preparer. This may save you both time and money.

**Purpose of Form.—**Use Form 4506 to get a **tax return transcript,** verification that you did not file a Federal tax return, Form W-2 information, or a copy of a tax form. Allow 6 weeks after you file a tax form before you request a copy of it or a transcript. For W-2

information, wait 13 months after the end of the year in which the wages were earned. For example, wait until Feb. 1999 to request W-2 information for wages earned in 1997.

Do not use this form to request Forms 1099 or tax account information. See this page for details on how to get these items.
**Note:** *Form 4506 must be received by the IRS within 60 calendar days after the date you signed and dated the request.*

**How Long Will It Take?—**You can get a tax return transcript or verification of nonfiling within 7 to 10 workdays after the IRS receives your request. It can take up to 60 calendar

days to get a copy of a tax form or W-2 information. To avoid any delay, be sure to furnish all the information asked for on Form 4506.

**Forms 1099.—**If you need a copy of a Form 1099, contact the payer. If the payer cannot help you, call or visit the IRS to get Form 1099 information.

**Tax Account Information.—**If you need a statement of your tax account showing any later changes that you or the IRS made to the original return, request tax account information. Tax account information lists

*(Continued on back)*

For Privacy Act and Paperwork Reduction Act Notice, see back of form.

Cat. No. 41721E

Form **4506** (Rev. 5-97)

Form 4506 (Rev. 5-97)

Page 2

certain items from your return, including any later changes.

To request tax account information, write or visit an IRS office or call the IRS at the number listed in your telephone directory.

If you want your tax account information sent to a third party, complete **Form 8821**, Tax Information Authorization. You may get this form by phone (call 1-800-829-3676) or on the Internet (at http://www.irs.ustreas.gov).

**Line 1b.**—Enter your employer identification number (EIN) only if you are requesting a copy of a business tax form. Otherwise, enter the first social security number (SSN) shown on the tax form.

**Line 2b.**—If requesting a copy or transcript of a joint tax form, enter the second SSN shown on the tax form.

**Note:** *If you do not complete line 1b and, if applicable, line 2b, there may be a delay in processing your request.*

**Line 5.**—If you want someone else to receive the tax form or tax return transcript (such as a CPA, an enrolled agent, a scholarship board, or a mortgage lender), enter the name and address of the individual. If we cannot find a record of your tax form, we will notify the third party directly that we cannot fill the request.

**Line 7.**—Enter the name of the client, student, or applicant if it is different from the name shown on line 1a. For example, the name on line 1a may be the parent of a student applying for financial aid. In this case, you would enter the student's name on line 7 so the scholarship board can associate the tax form or tax return transcript with their file.

**Line 8a.**—If you want a tax return transcript, check this box. Also, on line 10 enter the tax form number and on line 11 enter the tax period for which you want the transcript.

A tax return transcript is available only for returns in the 1040 series (Form 1040, Form 1040A, 1040EZ, etc.). It shows most line items from the original return, including accompanying forms and schedules. In many cases, a transcript will meet the requirement of any lending institution such as a financial institution, the Department of Education, or the Small Business Administration. It may also be used to verify that you did not claim any itemized deductions for a residence.

**Note:** *A tax return transcript does not reflect any changes you or the IRS made to the original return. If you want a statement of your tax account with the changes, see Tax Account Information on page 1.*

**Line 8b.**—Check this box only if you want proof from the IRS that you did not file a return for the year. Also, on line 11 enter the tax period for which you want verification of nonfiling.

**Line 8c.**—If you want only Form(s) W-2 information, check this box. Also, on line 10 enter "Form(s) W-2 only" and on line 11 enter the tax period for which you want the information.

You may receive a copy of your actual Form W-2 or a transcript of the information, depending on how your employer filed the form. However, state withholding information is not shown on a transcript. If you have filed your tax return for the year the wages were earned, you can get a copy of the actual Form W-2 by requesting a complete copy of your return and paying the required fee.

Contact your employer if you have lost your current year's Form W-2 or have not received it by the time you are ready to prepare your tax return.

**Note:** *If you are requesting information about your spouse's Form W-2, your spouse must sign Form 4506.*

**Line 8d.**—If you want a certified copy of a tax form for court or administrative proceedings, check the box to the right of line 8d. It will take at least 60 days to process your request.

**Line 11.**—Enter the year(s) of the tax form or tax return transcript you want. For fiscal-year filers or requests for quarterly tax forms, enter the date the period ended; for example, 3/31/96, 6/30/96, etc. If you need more than four different tax periods, use additional Forms 4506. Tax forms filed 6 or more years ago may not be available for making copies. However, tax account information is generally still available for these periods.

**Line 12c.**—Write your SSN or EIN and "Form 4506 Request" on your check or money order. If we cannot fill your request, we will refund your payment.

**Signature.**—Requests for copies of tax forms or tax return transcripts to be sent to a third party must be signed by the person whose name is shown on line 1a or by a person authorized to receive the requested information.

Copies of tax forms or tax return transcripts for a jointly filed return may be furnished to either the husband or the wife. Only one signature is required. However, see the line 8c instructions. Sign Form 4506 exactly as your name appeared on the original tax form. If you changed your name, also sign your current name.

For a corporation, the signature of the president of the corporation, or any principal officer and the secretary, or the principal officer and another officer are generally required. For more details on who may obtain tax information on corporations, partnerships, estates, and trusts, see section 6103.

If you are not the taxpayer shown on line 1a, you must attach your authorization to receive a copy of the requested tax form or tax return transcript. You must attach a copy of the authorization document if the original has already been filed with the IRS. This will generally be a power of attorney (Form 2848), or other authorization, such as Form 8821, or evidence of entitlement (for Title 11 Bankruptcy or Receivership Proceedings). If the taxpayer is deceased, you must send Letters Testamentary or other evidence to establish that you are authorized to act for the taxpayer's estate.

**Where To File.**—Mail Form 4506 with the correct total payment attached, if required, to the Internal Revenue Service Center for the place where you lived when the requested tax form was filed.

**Note:** *You must use a separate form for each service center from which you are requesting a copy of your tax form or tax return transcript.*

| If you lived in: | Use this address: |
|---|---|
| New Jersey, New York (New York City and counties of Nassau, Rockland, Suffolk, and Westchester) | 1040 Waverly Ave. Photocopy Unit Stop 532 Holtsville, NY 11742 |
| New York (all other counties), Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island, Vermont | 310 Lowell St. Photocopy Unit Stop 679 Andover, MA 01810 |
| Florida, Georgia, South Carolina | 4800 Buford Hwy. Photocopy Unit Stop 91 Doraville, GA 30362 |
| Indiana, Kentucky, Michigan, Ohio, West Virginia | P.O. Box 145500 Photocopy Unit Stop 521 Cincinnati, OH 45250 |
| Kansas, New Mexico, Oklahoma, Texas | 3651 South Interregional Hwy. Photocopy Unit Stop 6716 Austin, TX 73301 |
| Alaska, Arizona, California (counties of Alpine, Amador, Butte, Calaveras, Colusa, Contra Costa, Del Norte, El Dorado, Glenn, Humboldt, Lake, Lassen, Marin, Mendocino, Modoc, Napa, Nevada, Placer, Plumas, Sacramento, San Joaquin, Shasta, Sierra, Siskiyou, Solano, Sonoma, Sutter, Tehama, Trinity, Yolo, and Yuba), Colorado, Idaho, Montana, Nebraska, Nevada, North Dakota, Oregon, South Dakota, Utah, Washington, Wyoming | P.O. Box 9941 Photocopy Unit Stop 6734 Ogden, UT 84409 |
| California (all other counties), Hawaii | 5045 E. Butler Avenue Photocopy Unit Stop 52180 Fresno, CA 93888 |
| Illinois, Iowa, Minnesota, Missouri, Wisconsin | 2306 E. Bannister Road Photocopy Unit Stop 6700, Annex 1 Kansas City, MO 64999 |
| Alabama, Arkansas, Louisiana, Mississippi, North Carolina, Tennessee | P.O. Box 30309 Photocopy Unit Stop 46 Memphis, TN 38130 |
| Delaware, District of Columbia, Maryland, Pennsylvania, Virginia, a foreign country, or A.P.O. or F.P.O address | 11601 Roosevelt Blvd. Photocopy Unit DP 536 Philadelphia, PA 19255 |

**Privacy Act and Paperwork Reduction Act Notice.**—We ask for the information on this form to establish your right to gain access to your tax form or transcript under the Internal Revenue Code, including sections 6103 and 6109. We need it to gain access to your tax form or transcript in our files and properly respond to your request. If you do not furnish the information, we will not be able to fill your request. We may give the information to the Department of Justice or other appropriate law enforcement official, as provided by law.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file this form will vary depending on individual circumstances. The estimated average time is: **Recordkeeping, 13 min.; Learning about the law or the form, 7 min.; Preparing the form, 26 min.; and Copying, assembling, and sending the form to the IRS, 17 min.**

If you have comments concerning the accuracy of these time estimates or suggestions for making this form simpler, we would be happy to hear from you. You can write to the Tax Forms Committee, Western Area Distribution Center, Rancho Cordova, CA 95743-0001. **DO NOT** send the form to this address. Instead, see **Where To File** on this page.

**E-FILED**
Monday, 29 October, 2007  12:08:37 PM
Clerk, U.S. District Court, ILCD

**Susan L. Remelius - Follick v. Sears, Roebuck & Co.**

| | |
|---|---|
| **From:** | Charles E. Reis |
| **To:** | Manzella, Richard |
| **Date:** | 9/26/2007 5:45 PM |
| **Subject:** | Follick v. Sears, Roebuck & Co. |



EXHIBIT

Dear Mr. Manzella,

This will confirm our conversation of today indicating that Plaintiff will have until October 2, 2007, in which to answer, object, or otherwise respond to Defendant Sears' interrogatories and requests for production of documents.  Also, Defendant Sears will have until October 16, in which to answer, object, or otherwise respond to Plaintiff's interrogatories and requests for production of documents.  Also, you agreed that while Defendant Sears may provide response to the Requests for Admissions on or before October 1, 2007; Defendant Sears may Amend those responses without any leave through October 16, 2007.

Please call me if you have any questions.  Thanks.

Very truly yours,
Charles (Chad) E. Reis, IV
Brown & James, P.C.
1010 Market Street, Suite 2000
St. Louis, Missouri 63101

Direct Dial (314)242-5307
Email CReis@bjpc.com
Facsimile (314)242-5507 or (314)421-3128
Website www.brownjames.com

PRIVILEGED AND CONFIDENTIAL
Please be advised that this e-mail and any file transmitted with may be confidential attorney-client communications or may otherwise be privileged or confidential, and are intended solely for the individual or entity to whom they are addressed.  If you are not an intended recipient, please do not read, copy or retransmit this communication, but destroy and delete it immediately.  Any unauthorized dissemination, distribution, or copying of this communication, or attachments hereto, is strictly prohibited.
If you have received this communication in error, immediately

notify the sender at (314)242-5307 or by email at CReis@bjpc.com

E-FILED
Monday, 29 October, 2007  12:09:10 PM
Clerk, U.S. District Court, ILCD

EXHIBIT

_C_

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JASON FOLLICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No.:    1:07-CV-01133-JBM-JAG |
| | ) | |
| SEARS, ROEBUCK & CO., | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF ATTEMPT TO RESOLVE

COMES NOW Charles E. Reis, IV of Brown & James, P.C., attorneys for Defendant Sears

Roebuck & Co. ("Sears"), and certifies that:

1.     On October 10, 2007, I corresponded with Plaintiff's counsel and requested that

Plaintiff provide his Answers to Interrogatories.  (Exhibit D, October 10, 2007 Electronic Mail

Correspondence).

2.     On October 16, 2007, I attempted to contact Plaintiff's counsel via telephone to

discuss this issue, but was unable to do so because his voice mailbox was full.

3.     On October 29, 2007, I left a message with Plaintiff's counsel for Plaintiff to

provide Answers to Defendant Sears' Interrogatories.

4.     I have in good faith conferred or attempted to confer with Plaintiff's counsel in an

attempt to resolve this dispute without intervention by this Court, but have been unable to do so

Charles E. Reis, IV #6186508
BROWN & JAMES, P.C.
Attorneys for Defendant
1010 Market Street, 20th Floor
St. Louis, Missouri 63101
(314) 421-3400
(314) 421-3128 FAX
creis@bjpc.com


A copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system on this 29th day of October, 2007, upon the following:  Mr. Richard M. Manzella, Attorney for Plaintiff, 117 North Center Street, Bloomington, Illinois 61701.

8180172

**Susan L. Remelius - Follick v. Sears**

**From:**    Charles E. Reis
**To:**      Manzella, Richard
**Date:**    10/10/2007 12:15 PM
**Subject:** Follick v. Sears

EXHIBIT

PENGAD-Bayonne,N.J

Richard,

We have not received Plaintiff's answers to Defendant Sears' interrogatories, which you indicated would provide by October 2, 2007.  Can you provide the signed answers immediately.

We did receive Plaintiff's Responses to the Requests for Production, as well as hard copies of the documents.

Please call with any questions.  Thanks.


Very truly yours,
Charles (Chad) E. Reis, IV
Brown & James, P.C.
1010 Market Street, Suite 2000
St. Louis, Missouri 63101

Direct Dial (314)242-5307
Email CReis@bjpc.com
Facsimile (314)242-5507 or (314)421-3128
Website www.brownjames.com

PRIVILEGED AND CONFIDENTIAL
Please be advised that this e-mail and any file transmitted with may be confidential attorney-client communications or may otherwise be privileged or confidential, and are intended solely for the individual or entity to whom they are addressed.  If you are not an intended recipient, please do not read, copy or retransmit this communication, but destroy and delete it immediately.  Any unauthorized dissemination, distribution, or copying of this communication, or attachments hereto, is strictly prohibited.
If you have received this communication in error, immediately notify the sender at (314)242-5307 or by email at CReis@bjpc.com