# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JASON FOLLICK, | ) Case No.: 07-CV-1133 |
| | ) |
| PLAINTIFF, | ) |
| v. | ) |
| | ) Civil Action |
| SEARS, ROEBUCK & CO. | ) |
| | ) |
| | ) <u>JURY TRIAL</u> |
| DEFENDANT. | ) <u>DEMANDED</u> |
| | ) |

## <u>NOTICE OF SERVICE OF DEFENDANT'S FIRST INTERROGATORIES</u>

Now Comes Plaintiff, JASON FOLLICK, by and through his attorney of record and certifies that on November 19, 2007, he electronically filed notice of service of Defendant's first interrogatories with the Clerk of the Court using the CM/ECF system, which will send notification electronically to person identified in the Service List:

**Service List:**

Charles E. Reis, IV
BROWN & JAMES, P.C.
Attorneys for Defendant
1010 Market Street, 20th Floor
St. Louis, MO  63101
**creis@bjpc.com**

I also certify that on <u>November 13, 2007,</u> I served a copy of a document entitled *Plaintiff's Answers to Defendant's First Interrogatories* to the person(s) listed in the Service List, by e-mailing a full and complete copy of a twelve-page document (plus all referenced attachments) to the e-mail address of Defendant's counsel and by placing a complete copy of the identical document (and all referenced attachments) in a correctly addressed postage paid envelope and placing said envelope in a U.S. Mailbox in Bloomington, Illinois before 9:45 p.m. on November 13, 2007.

Submitted this 19th day of November, 2007,

BY: s/Richard M. Manzella
Richard M. Manzella
Attorney # 6257568

Law Office of Richard M. Manzella
117 North Center
Bloomington, Illinois  61701
Phone (309) 829-7424
Fax    (815) 366-4800