**E-FILED**
Thursday, 17 January, 2008  12:22:06 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JASON FOLLICK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Cause No.:  1:07-CV-01133-JBM-JAG |
| | ) |
| SEARS, ROEBUCK & CO., | ) |
| | ) |
| Defendant. | ) |

## WITHDRAWAL AND ENTRY OF APPEARANCE

Come now Charles E. Reis, IV and Brown & James, P.C. and hereby withdraw their appearance on behalf of Defendant Sears, Roebuck & Co. in the above matter.

Come now Charles E. Reis, IV and Littler Mendelson, P.C. and hereby enter their appearance on behalf of Defendant Sears, Roebuck & Co. in the above matter.

s/ Charles E. Reis, IV
Charles E. Reis, IV #6186508
LITTLER MENDELSON, P.C.
Attorneys for Defendant
Two CityPlace Drive, Suite 200
St. Louis, MO 63141
314-432-4797
314-432-4796 (facsimile)
creis@littler.com

A copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system on this 17th day of January, 2008, upon the following:  Mr. Richard M. Manzella, Attorney for Plaintiff, 117 North Center Street, Bloomington, Illinois 61701.

s/ Charles E. Reis, IV

8218596