## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JASON FOLLICK, ) | Case No.: 07-CV-1133 |
| ) | |
| PLAINTIFF, ) | |
|     v. ) | Civil Action |
| ) | |
| SEARS, ROEBUCK & CO. ) | |
| ) | **JURY TRIAL** |
| DEFENDANT. ) | **DEMANDED** |
| ) | |

### NOTICE OF SERVICE OF PLAINTIFF'S THIRD SET OF DISCOVERY REQUESTS

      Now Comes Plaintiff, JASON FOLLICK, by and through his attorney of record and certifies that on March 19, 2008, he electronically filed notice of service of *Plaintiff's Third Set of Discovery Requests* with the Clerk of the Court using the CM/ECF system, which will send notification electronically to person identified in the Service List:

**Service List:**

Mr. Charles R. Reis, IV
LITTLER MENDELSON, P.C.
Two CityPlace Drive, Suite 200
St. Louis, MO  63141

      I also certify that on March 19, 2008, I served a copy of a document entitled *Plaintiff's Third Set of Discovery Requests* to the person(s) listed in the Service List, by placing a complete copy of the document (with four exhibits) in a correctly addressed postage paid envelope and placing said envelope in a U.S. Mailbox in Bloomington, Illinois before 5:30 p.m. on March 19, 2008.

      Submitted this 19th day of March, 2008,

      BY: s/Richard M. Manzella
      Richard M. Manzella
      Attorney # 6257568

      Law Office of Richard M. Manzella
      117 North Center
      Bloomington, Illinois  61701
      Phone (309) 829-7424
      Fax    (815) 366-4800