# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JASON FOLLICK, | ) Case No.: 07-CV-1133 |
| | ) |
| PLAINTIFF, | ) |
| v. | ) |
| | ) Civil Action |
| SEARS, ROEBUCK & CO. | ) |
| | ) |
| DEFENDANT. | ) **JURY TRIAL** |
| | ) **DEMANDED** |
| | ) |

## AGREED MOTION FOR ENLARGEMENT OF
## TIME TO COMPLETE DISCOVERY

**To:** See attached Service List

NOW COMES PLAINTIFF, CARL F. COX, by and through his attorney, Richard M. Manzella, and moves this Court for an order granting Plaintiff's motion for an enlargement of time in which to complete discovery and in support thereof states as follows:

1. A Rule 26 Scheduling Order was entered in this case on August 7, 2007, providing that the end of the discovery period was April 30, 2008.

2. The parties have exchanged substantial written discovery including interrogatories, requests to produce and numerous sets of requests to admit over the last several months.

3. Plaintiff's deposition was held on February 29, 2008.

4. Efforts to schedule several defendant witnesses for depositions beginning approximately thirty days ago were substantially limited in great part due to Plaintiff's counsel's preparation and conduct of a trial beginning on April 7, 2008, and continuing until April 10, 2008, *Gibson v. RD Watson Construction,* (No: 06-L-109) in McLean County Circuit Court, the preparation and filing of a dispositive motion (and responses thereto) in matters before this Court (i.e., *Phipps v. County of McLean, et. al*. No: 07-cv-1160), the preparation and filing

of a response to a dispositive motion in McLean County Circuit Court served today, April 30, 2008 (i.e., *Alisa Paulk et. al. v. ODC*; No. 07-L-89); the completion of discovery (including the preparation and administration of four depositions) in other matters before this Court (i.e., *Carl Cox. V. Hy-Vee*; No: 07-CV-1135); ongoing discovery in *Walker et. al. v. Wildwood* (No: 07-CV-1272) and *Crawford v. Wildwood* (No.: 07-CV-1269); a new case filing of an ADA claim in *Jacqueline Fenton v. County of McLean* (No: 08-CV-1097); and a new charge of discrimination filed Monday, April 28, 2008, in the Bloomington Human Rights Commission (*Lawrence Ozburn v. Timothy Leighton and Leighton & Mobley*).

5. Plaintiff operates a solo law practice and, in combination with other ongoing client matters not provided above, was not reasonably able to schedule the discovery depositions of required witnesses as per the original scheduling Order.

6. Plaintiff's counsel briefly discussed by telephone the outstanding depositions required in this matter with counsel for Defendant, Charles Reis, on Friday, April 25, 2008.

7. In response to this conversation, Plaintiff's contacted Mr. Reis by telephone and his co-counsel, Ms. Amy Nixon, by e-mail at approximately 3:00 p.m., April 30, 2008, to discuss potential agreement to an enlargement of time of twenty-one (21) days in which to complete discovery.

8. Mr. Reis promptly contacted Plaintiff's counsel and agreed to an enlargement of time provided that the deadline for dispositive motions is extended through and including June 16, 2008.

9. Upon the grant of Plaintiff's request, Plaintiff seeks to depose two witnesses, Mr. Ken Wright and Mr. Michael Braun, both believed to be current employees of Defendant and with relevant knowledge of Plaintiff.

10. For the reasons explained above, Plaintiff requests that the Court grant him an enlargement of time in which to complete discovery, including all depositions, of an additional twenty-one (21) days, and extend the previously-set dispositive motion deadlines and other deadlines as originally set in this matter.

11. No party has previously requested an extension of time in which to complete discovery.

WHEREFORE, Plaintiff, **JASON FOLLICK**, respectfully requests that this Court grant its motion for an enlargement of time to complete discovery and other such legal and equitable relief as is just and appropriate under the facts and circumstances.

s/ Richard M. Manzella

Richard M. Manzella
Attorney # 6257568

Law Office of Richard M. Manzella
117 North Center
Bloomington, Illinois  61701
Phone (309) 829-7424
Fax    (815) 366-4800

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| JASON FOLLICK, ) | Case No.: 07-CV-1133 |
| ) | |
| PLAINTIFF, ) | |
| v. ) | |
| ) | Civil Action |
| SEARS, ROEBUCK & CO. ) | |
| ) | |
| DEFENDANT. ) | <u>JURY TRIAL</u> |
| ) | <u>DEMANDED</u> |
| ) | |

**PROOF OF SERVICE**

    I, Richard M. Manzella, certify that I served a copy of a document entitled *Motion for Enlargement of Time to Complete Discovery* to the person(s) listed in the Service List, by placing a complete copy of this document in a correctly addressed postage paid envelope and placing said envelope in a U.S. Mailbox in Bloomington, Illinois before 5:30 p.m. on April 30, 2008.

**CERTIFICATION**

    Under penalties of perjury, I certify that the statements set forth in the foregoing Proof of Service are true and correct.

s/ Richard M. Manzella

Richard M. Manzella


**SERVICE LIST**

Littler Mendelson, P.C.
Charles E. Reis, IV
Two CityPlace, 2nd Floor|
St. Louis, Missouri  63141

ATTORNEYS FOR SEARS, ROEBUCK & CO.