### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JASON FOLLICK, ) | Case No.: 07-CV-1133 |
| ) | |
| PLAINTIFF, ) | |
| v. ) | Civil Action |
| ) | |
| SEARS, ROEBUCK & CO. ) | |
| ) | **JURY TRIAL** |
| DEFENDANT. ) | **DEMANDED** |
| ) | |

### NOTICE OF DEPOSITION

**To:  See attached Service List**

    YOUR ARE HEREBY NOTIFIED that the deposition of the following witness will be taken upon interrogatories to be propounded orally, before a notary public or other official authorized to administer oaths, **beginning at 1:00 p.m. on Friday, May 16, 2008, and at such later date to which said taking said deposition may be continued, at the Law Office of Richard M. Manzella at 117 North Center, Bloomington, Illinois, 61701,** or other such location as may be mutual agreed**,** before a qualified public notary and shall be take pursuant to the Federal Rules of Civil Procedure.

| **Name of Deponent** | **Time** |
|---|---|
| Mr. Ken Wright | 1:00 p.m. – 3:00 p.m. |

    Mr. Wright is instructed to bring with him a copy of any and all document that he has in his possession related to any workplace accommodation that he previously provided to Plaintiff or any documents in his possession related to any information provided by Plaintiff pertaining to Plaintiff's physical restrictions and/or limitations and/or disability.

                                      s/ Richard M. Manzella

                                      Richard M. Manzella
                                      Attorney # 6257568

                                      Law Office of Richard M. Manzella
                                      117 North Center
                                      Bloomington, Illinois  61701
                                      Phone (309) 829-7424
                                      Fax    (815) 366-4800

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| JASON FOLLICK, | ) Case No.: 07-CV-1133 |
| | ) |
| PLAINTIFF, | ) |
| v. | ) |
| | ) Civil Action |
| | ) |
| SEARS, ROEBUCK & CO. | ) |
| | ) |
| DEFENDANT. | ) <u>JURY TRIAL</u> |
| | ) <u>DEMANDED</u> |
| | ) |

**PROOF OF SERVICE**

  I, Richard M. Manzella, certify that I served a copy of a document entitled *Notice of Deposition* to the person(s) listed in the Service List, by placing a complete copy of this document in a correctly addressed postage paid envelope and placing said envelope in a U.S. Mailbox in Bloomington, Illinois before 5:30 p.m. on May 9, 2008.

**CERTIFICATION**

  Under penalties of perjury, I certify that the statements set forth in the foregoing Proof of Service are true and correct.

s/ Richard M. Manzella

Richard M. Manzella

**SERVICE LIST**

Littler Mendelson, P.C.
Charles E. Reis, IV
Two CityPlace, 2nd Floor|
St. Louis, Missouri  63141

ATTORNEYS FOR SEARS, ROEBUCK & CO.