## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JASON FOLLICK, ) | |
| PLAINTIFF, ) | |
| v. ) | Case No.: 07-CV-1133-JBM-JAG |
| SEARS, ROEBUCK & CO. ) | |
| DEFENDANT. ) | |

### STIPULATION FOR DISMISSAL

**To:  See attached Service List**

NOW COMES PLAINTIFF, Jason Follick, and hereby dismisses with prejudice any and all causes of action asserted by him against Defendant Sears, Roebuck & Co.  Each party will bear their own costs and attorney's fees.

s/ Richard M. Manzella
Richard M. Manzella
Attorney # 6257568

Law Office of Richard M. Manzella
117 North Center
Bloomington, Illinois  61701
Phone (309) 829-7424
Fax    (815) 366-4800

s/ Charles R. Reis, IV
Charles E. Reis, IV,
Attorney # 6186508

LITTLER MENDELSON, P.V.
Attorneys for Defendant
Two CityPlace Drive, Suite 200
St. Louis, Missouri  63141
Phone (314) 432-4797
Fax (314) 432-4796
cries@littler.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| JASON FOLLICK, | ) Case No.: 07-CV-1133 |
| PLAINTIFF, | ) |
| v. | ) Civil Action |
| SEARS, ROEBUCK & CO. | ) |
| DEFENDANT. | ) <u>JURY TRIAL</u> <u>DEMANDED</u> |

**PROOF OF SERVICE**

I, Richard M. Manzella, certify that I served a copy of a document entitled *STIPULATION FOR DISMISSAL* to the person(s) listed in the Service List, by placing a complete copy of this document in a correctly addressed postage paid envelope and placing said envelope in a U.S. Mailbox in Bloomington, Illinois before 5:30 p.m. on June 5, 2008.

**CERTIFICATION**

Under penalties of perjury, I certify that the statements set forth in the foregoing Proof of Service are true and correct.

s/ Richard M. Manzella

Richard M. Manzella

**SERVICE LIST**

Littler Mendelson, P.C.
Charles E. Reis, IV
Two CityPlace, 2nd Floor|
St. Louis, Missouri  63141

ATTORNEYS FOR SEARS, ROEBUCK & CO.